1 │ ALLEN HYMAN, ESQ. (CBN: 73371)
  │ Email: lawoffah@aol.com
2 │ LAW OFFICES OF ALLEN HYMAN
  │ 10737 Riverside Drive
3 │ North Hollywood, California 91602
  │ (818) 763-6289 or (323) 877-3405
4 │ Fax: (818) 763-4676

5 │ Attorneys for Plaintiff,
  │ MORADA MUSIC, LLC
6 │

7 │

8 │

9 │                UNITED STATES DISTRICT COURT

10│              CENTRAL DISTRICT OF CALIFORNIA

11│ MORADA MUSIC, LLC, a California)   Case No. **CV09-6729 RGK (Ex)**
  │ limited liability company,     )
12│                                )
  │                                )   COMPLAINT FOR:
13│              Plaintiff,        )
  │                                )   **(1) BREACH OF FIDUCIARY DUTY;**
14│         v.                     )   **(2) BREACH OF CONTRACT;**
  │                                )   **(3) BREACH OF CONTRACT;**
15│                                )   **(4) INTENTIONAL**
  │                                )       **MISREPRESENTATION**
16│ LOWELL HAYS, an individual,    )
  │                                )   **[Jury Trial Demanded]**
17│              Defendants.       )
  │ _____)

18│

19│       Plaintiff Morada Music, LLC ("MORADA") for its complaint

20│ against defendant Lowell Hays ("HAYS"), alleges as follows:

21│                              I.

22│    **FIRST CLAIM FOR RELIEF FOR BREACH OF FIDUCIARY DUTY**

23│             **(Against Defendant Lowell Hays)**

24│               **Jurisdiction And Venue**

25│       1.   This Court has diversity jurisdiction, pursuant to

26│ 28 U.S.C. §1332(a)(1) in that the "...matter in controversy exceeds

27│ the sum or value of $75,000, exclusive of interest and costs and is

28│ between citizens of different States."

S:\Shared Data\PC7\Blonstein\HAYS\COMPLAINT091509.wpd

1       2.  Pursuant to 28 U.S.C. 1391(a)(2), venue is

2   appropriate before the Central District of California in that a

3   "substantial amount of the events or omissions giving rise to the

4   claim occurred within the Central District of California."

5       **The Parties**

6       3.  Plaintiff Morada Music, LLC ("MORADA") is a

7   California limited liability company, located at 79 East Daily

8   Drive, #507, Camarillo, California, 93010.

9       4.  Defendant Lowell Hays ("HAYS") is an individual who

10  resides in the Memphis metropolitan area, Tennessee, whose home

11  address is 1924 Chatsworth Drive, Germantown, Tennessee, 38138.

12      **Factual History**

13      5.  HAYS was and is a designer of jewelry, with MORADA

14  alleging, on information and belief, that during the period from

15  the late 1960s, up to the 1977 passing away of Elvis Presley

16  ("PRESLEY"), HAYS designed many pieces of jewelry for PRESLEY, and

17  for those related and associated with PRESLEY.

18      6.  HAYS advertises and promotes himself as the "Jeweler

19  To The King."

20      7.  As of 2007, and continuing to the present day, HAYS

21  had an interactive website in which HAYS would sell replications of

22  "fine jewelry," that is, jewelry which utilizes precious metals,

23  gold, silver, and utilizes diamonds and other precious stones,

24  which HAYS had designed for PRESLEY.

25      8.  HAYS also represented that HAYS had and/or has an

26  agreement with Elvis Presley Enterprises, Inc., ("EPEI"), in which,

27  for the use of PRESLEY's name and likeness in association with the

28  promotion of HAYS' jewelry, HAYS will pay EPEI 12% of the gross

1 | wholesale sale price.

2 |      9. Up to 2007, defendant HAYS' sales of jewelry were

3 | limited to replications of "fine jewelry," copies of jewelry that

4 | HAYS had designed for PRESLEY, selling in the $750.00 to greater

5 | than $5,000.00 range. Up to 2007, HAYS had never undertaken to

6 | create what is identified as "fashion jewelry," that is jewelry

7 | that is a replication of HAYS' PRESLEY designs, without the use of

8 | precious metals or precious stones, which are mass marketed on

9 | televison such as through QVC, or sold through wholesale

10 | distribution with a retail price in the range of $25.00 to $175.00.

11 | **Misappropriation of MORADA's Business**

12 |      10. MORADA alleges in this complaint that through breach

13 | of fiduciary duty, intentional misrepresentation, and breach of

14 | contract, that during late 2007, through March, 2009, MORADA

15 | located in Ventura, California created an entire business for the

16 | creation, marketing and sale of HAYS' designs as fashion jewelry,

17 | which business HAYS misappropriated.

18 |      11. In 2007, Marshall Blonstein ("BLONSTEIN"), president

19 | of MORADA, met with HAYS in Memphis, Tennessee. BLONSTEIN proposed

20 | to HAYS that BLONSTEIN and HAYS form a joint venture in which

21 | MORADA and HAYS, through MORADA, would manufacture what is termed

22 | "Fashion Jewelry," that is, replications of "fine jewelry" which

23 | HAYS had created for PRESLEY, and which HAYS was selling on HAYS'

24 | website, which MORADA would market and sell to chain stores, gift

25 | stores, on network television such as QVC, in both the U.S. and

26 | throughout the world.

27 |      12. In late 2007, and early 2008, HAYS represented to

28 | BLONSTEIN/MORADA in Ventura, California: (1) that HAYS was the

1  exclusive designer of all PRESLEY jewelry; (2) that HAYS was the
2  only individual who had created jewelry for PRESLEY; (3) that HAYS
3  held the exclusive right to identify HAYS' jewelry as created for
4  and worn by PRESLEY; and (4) that there were no other persons or
5  entities that had such rights.

6       13.  In late 2007, HAYS and MORADA agreed in principle,
7  to enter into a joint venture to be called "LOMAR," where MORADA,
8  located in Ventura, California, at MORADA's expense, would: (1)
9  locate and develop relations with a suitable manufacturer of
10 fashion jewelry which were replications of the HAYS' designs; (2)
11 at MORADA's expense, create samples of "Fashion Jewelry" identified
12 as jewelry associated with PRESLEY; (3) which MORADA would market
13 and sell, providing a royalty to HAYS and paying HAYS' royalty that
14 HAYS was required to pay if any to EPEI, for HAYS' use of the
15 PRESLEY name in association with HAYS' sales of his jewelry.

16      14.  Relying on HAYS' representations that MORADA and
17 HAYS would entered into a joint venture where MORADA would have
18 HAYS' jewelry manufactured, and would market and distribute HAYS'
19 jewelry, commencing in 2007:

20      (a)  MORADA, in Ventura, California, at its own
21 considerable expense and effort, undertook extensive search and
22 effort and located a jewelry manufacturer identified as Pranda,
23 LLC, ("PRANDA"), whose U.S. Office is located in Providence, Rhode
24 Island; MORADA provided HAYS' designs to PRANDA; and paid PRANDA to
25 create drawings and samples for HAYS' approval and review for
26 manufacturing of the joint venture jewelry.

27      (b)  In 2007 and 2008, MORADA negotiated with PRANDA for
28 PRANDA to market the HAYS jewelry to a television sales channel in

1    the U.K. entitled "Bid-up," along with QVC UK and US, and other

2    television sales stations in other countries, which PRANDA agreed

3    to represent the MORADA/HAYS joint venture.

4                    **The January 4,2008 Distribution Agreement**

5            15.   On January 4, 2008, MORADA and HAYS entered into a

6    written Distribution Agreement, which Agreement is attached to this

7    complaint as Exhibit No 1.  The agreement provided in part that:

8            (a)   In paragraph No. 5, HAYS grants to MORADA: (a) a

9    non-exclusive license and right to distribute HAYS' jewelry; (b)

10   the non-exclusive use of HAYS' name and likeness, in association

11   with the distribution of HAYS' Jewelry; (c) the non-exclusive use

12   of HAYS' historical association with PRESLEY, (d) the non-exclusive

13   use of trade names and trademarks owned by HAYS with regard to

14   HAYS' Jewelry including but not limited to "Jeweler to the KING;"

15   and (e) the non-exclusive use of any copyrights owned by HAYS.

16           (b)   In paragraph No. 8 (Ex. No. 1), "the territory of

17   the DA license is the world;"

18           (c)   In paragraph No. 11 (Ex. No. 1), provides:

19               "...HAYS will receive a royalty on all goods
                 sold: (a) 20% of wholesale for the first
20               $500,000.00 and (b) 25% of wholesale
                 thereafter.  In addition, MORADA will pay the
21               12% wholesale royalty (that HAYS is to pay
                 EPEI)."
22
                 (d)   In paragraph No. 12, (Ex. No. 1), states:
23
                 "...This DA imposes the highest duty of good
24               faith and fair dealing on the part of both
                 MORADA and HAYS to work together to insure the
25               success of the DA."

26           16.   Though the agreement is identified as non-exclusive,

27   paragraph No. 19, (Ex. No. 1), provides that:

28               "...HAYS agrees that during the period of time

that this DA is in effect, HAYS will not enter
into another distribution agreement which
competes with the rights granted to MORADA
under this DA."

### MORADA's Activities In 2008

17.  In reliance upon the 2007 representations of HAYS, and the January 4, 2008, DA, (Ex. No. 1), during 2008, MORADA, in Ventura County, California, continued to expend considerable funds and overhead to make jewelry samples and boxes for sale, attend shows, and to create presentation books, flyers, photographs, designs for packaging and all other elements to develop the venture to market and sell the jewelry.

18.  In reliance upon the 2007 representations of HAYS and the January 4, 2008 DA (Ex. No. 1), during 2008, MORADA in Ventura County, California, hired art directors, created promotional material, collected and assembled designs, all of which were approved by HAYS, and MORADA commenced to market the joint venture fashion jewelry collection.

19.  Attached as Exhibit No. 2, is MORADA's January 4, 2008, request to HAYS to "...take the Elvis Collection to QVC and Home Shopping Network," consistent with Ex. No. 1, that MORADA was the sole distributor of the jewelry product line.  Attached as Ex. No. 3 is defendant HAYS' January 5, 2008 communication to MORADA, "YES ... ALL IS APPROVED, LOWELL HAYS. THANK YOU VERY MUCH, TCB."

20.  Attached as Ex. No. 4, is MORADA's March 5, 2008 communication to HAYS indicating "Attached you'll find several pages from our Elvis Jewelry Collection Presentation book," created in Ventura, California at considerable expense by MORADA.  Attached as Ex. No. 5 are (Pages 1-8) exemplars of the MORADA Jewelry

1 | Collection Presentation Book, created by MORADA referenced in the
2 | March 5, 2008 communication.
3 |     21.   On March 11, 2008, HAYS communicated to MORADA (Ex.
4 | No. 6) that HAYS met with "CAROL (EPEI)... SHE APPROVED THE
5 | PRESENTATION, SO FULL SPEED AHEAD."
6 |     22.   On March 20, 2008, HAYS indicated in a communication
7 | to MORADA (Ex. No. 7) that HAYS would created new designs of
8 | fashion jewelry pieces for their joint venture that HAYS can
9 | extrapolate from the fine jewelry HAYS had created, "FROM PARTS OF
10 | THE TCB, TLC BIG RING, TUBE BRACELET AND LION HEAD..."
11 |     23.   On April 9, 2008 (Ex. No. 8), PRANDA, the
12 | manufacturer that MORADA had contacted, and with whom MORADA had
13 | developed a business relationship for the manufacturing of the HAYS
14 | jewelry line, located in Providence, Rhode Island, indicated to
15 | MORADA, that PRANDA had contacts to sell the MORADA/HAYS jewelry
16 | line in KOREA, QVC, UK, HSN Germany and HSN JAPAN, "We also have
17 | connections to QVC UK, HSN Germany and HSN Japan."
18 |     **HAYS Not The Exclusive PRESLEY Jeweler**
19 |     24.   In May, 2008, in MORADA's attempts to market the
20 | jewelry line, MORADA finds that others are selling Elvis Presley
21 | jewelry apparently with the approval of EPEI.  MORADA notifies
22 | HAYS.  HAYS communicates on May 20, 2008 (Ex. No. 9), "I GUESS I AM
23 | NOT AS EXCLUSIVE AS I THOUGHT I WAS!"  On May 20, 2008, HAYS
24 | represents to MORADA that HAYS had a close relationship with
25 | PRESLEY which would still be advantageous to MORADA, and HAYS has
26 | the original molds (Ex. No. 9).
27 |     **MORADA Continues With The Joint Venture**
28 |     25.   During 2008, at considerable expense to MORADA,

MORADA continues to pay for samples created by PRANDA, and to
establish an entire marketing and sales program.  A July 24, 2008
communication indicates MORADA at MORADA's expense ordering samples
from PRANDA for MORADA to market "...as samples are approved, order
a small quantity we can present to key dealers..." (Ex. No. 10).

26.  Exhibit No. 11 are three sales sheets created by
MORADA in early 2008, with MORADA's Ventura County telephone
number, indicating MORADA's marketing of the MORADA/HAYS jewelry
collection.

27.  Ex. No. 12 is an August 26, 2008 MORADA order from
PRANDA for additional samples, paid for by MORADA, for MORADA to
use to market and sell the jewelry collection.

28.  Throughout 2008 and the first three months of 2009,
the totality of all expense, work and effort in creating the
"Fashion Jewelry" line, is undertaken by MORADA.

(a)  MORADA obtains pictures of jewelry from HAYS, and
MORADA had obtained PRANDA to manufacture, and pays PRANDA to
manufacture, samples and product.

(b)  MORADA creates all advertising and promotional
material.

(c)  MORADA organizes the product line, into different
groupings and markets the products under different sub-collections.

(d)  MORADA pays for all design work, for all samples,
undertakes all overhead expenses to travel and coordinate with the
manufacturer, at MORADA's expense pays for and creates all
brochures, undertakes to travel and contact distributors, and other
entities, pays for all overhead in creating the sales line, and is
identified as the seller of the product line with HAYS approval.

1        (e)  MORADA designs and pays for all boxes, pouches, and
2 romance cards.

3        29.  HAYS' involvement during 2007, 2008, and the first
4 three months of 2009, is limited only to simply providing MORADA
5 the photographs of the jewelry that HAYS had created, and jointly
6 approving with MORADA the products created, the advertising, and
7 sales brochures, boxes, pouches, and cards.

8        30.  As of March, 2009, HAYS had little if any contact
9 with PRANDA, undertook no effort to engage PRANDA, undertook no
10 effort to create promotional materials, undertook no sales or
11 marketing efforts, with HAYS' activities limited to review and
12 joint approval of MORADA's efforts.

13        31.  MORADA was the entity as well that paid for the
14 creation and design and manufacturing of the boxes and pouches in
15 which the jewelry would be sold, and wrote and designed the cards,
16 that HAYS would sign, accompanying each item of jewelry.

17        32.  HAYS and MORADA decided to identify the joint
18 venture trade name as "LOWMAR," with HAYS stating in his
19 communication of October 13, 2008 (Ex. No. 13), "YES, I LIKE
20 LOWMAR, BETTER THEN LOEMAR-IF THAT IS OK."

21                 **The U.K. TV Show Bid-up Opportunity**

22        33.  On November 25, 2008 (Ex. No. 14), PRANDA indicated
23 to MORADA, which MORADA notified HAYS, that PRANDA had contacts
24 with the British TV station, "BID-UP," and would at its expense
25 offer the jewelry to BID-UP and pay the commission directly to
26 MORADA and HAYS.

27           **The Direct Sales By MORADA To Graceland**

28        34.  On December 4, 2008, MORADA "President" of "LowMar

1  The Elvis Jewelry Collection" makes contact with Graceland and the
2  MGM Hotel, Las Vegas, and enters into negotiations for Graceland to
3  sell the Fashion Jewelry Collection (Ex. No. 15).

4                    **Shipments By PRANDA To PRANDA UK**

5         35.  On January 29, 2009, at MORADA's expense, PRANDA
6  ships samples to PRANDA U.K. (Ex. No. 16), with ELVIS "pouches" and
7  "romance cards," which have been manufactured and created by
8  MORADA.

9         36.  On January 26, 2009, PRANDA indicates (Ex. No. 17)
10 that PRANDA has set up meetings with the SHOPPING CHANNEL and Bid-
11 up on Friday, January 30, 2009 (Ex. No. 17).

12        37.  In 2009, MORADA creates a price list, and continues
13 to market the jewelry to stores, to sales representatives, to the
14 U.S. military, to airports, hotels, and works with PRANDA to create
15 sales for television programs (Ex. No. 18 is the MORADA price list
16 identifying the seller in Ventura CA, as "The Elvis Jewelry
17 Collection").

18           **The HAYS Coerced Distribution Agreement Of March, 2009**

19        38.  After eighteen (18) months of effort to create the
20 jewelry line and samples and marketing by MORADA and after creating
21 sales opportunities which come to fruition, on February 18, 2009,
22 HAYS sends a communication to MORADA indicating, "MARSHALL THE
23 ATTACHMENT IS OUR NEW DISTRIBUTION AGREEMENT. PLEASE REVIEW AND
24 CALL ME." (Ex. No. 19).

25        39.  On February 25, 2009, HAYS communicates in writing
26 to MORADA (Ex. No. 20), in which HAYS states:

27                 "...NOW I HAVE GIVEN YOU THE OPPORTUNITY TO
                   STAY INVOLVED WITH MY BUSINESS, AND YOU HAVE
28                 CHOSEN NOT TO RESPOND, EXCITING THINGS ARE

1   ABOUT TO HAPPEN, WITH OR WITHOUT YOU, I
    SINCERELY HOPE IT IS WITH YOU, BUT I AM OK, IF
2   YOU WANT OUT.

3   I WILL ASSUME THAT IF I HAVEN'T HEARD FROM YOU
    BY 6:00 P.M. TOMORROW THAT YOU HAVE QUIT,
4   HOWEVER IF YOU WANT TO STAY WITH ME YOU NEED TO
    RESPOND.  THANK YOU VERY MUCH LOWELL HAYS."
5   (Ex. No. 20, February 25, 2009).

6       40.  HAYS then indicates in a March 2, 2009 communication

7   (Ex. No. 21) that:

8       "...I AM ATTACHING A DA FOR MORADA. I AM FIRM
         ON THIS.   I AM PERFECTLY WILLING TO KEEP THE
9        ORIGINAL AGREEMENT, AS I WILL MAKE ALL THE
         MONEY WITH THE DIRECT SALES THROUGH PRANDA.
10       TAKE YOUR CHOICE." (Ex. No. 21).

11      41.   The Exhibit No. 22 March 6, 2009, HAYS "new" "Non-

12  Exclusive Distribution Agreement," was a complete modification of

13  Ex. No. 1.

14      (1)   Paragraph No. 1 of Ex. No. 22, the March 6, 2009

15  agreement, provides that:

16      "Hays will design, order and have manufactured
         costume jewelry in conformance with the
17       historical designs of the EP jewelry in
         conformance with the EPEI license agreement."

18
        (2)   In fact as of March 6, 2009, MORADA had at its
19
    expense and HAYS' approval, already had manufactured costume, (or
20
    what HAYS identifies on HAYS' website as "Fashion Jewelry") in
21
    conformance with the historical designs of the EP jewelry.
22
        (3)   Paragraph No. 3 of Ex. No. 22, the March 6, 2009
23
    Agreement, provides:
24
        "...Hays must approve the packaging and
25       advertising and provide the required hologram
         from EPEI which must be affixed to each piece
26       of merchandise."

27      (4)   In fact, as of March 6, 2009, MORADA, at its expense

28  in Ventura, California, with HAYS' approval, had already created

1 | the packaging and advertising.

2 |         (5)   Paragraph No. 4 of Ex. No. 22, the March 6, 2009
3 | Agreement, provides that MORADA will pay HAYS 75% of the wholesale
4 | price to be set by HAYS within 30 days receipt of the merchandise.
5 | In fact, MORADA and HAYS had already agreed on the prices to be set
6 | for wholesale sales.

7 |         (6)   Paragraph No. 7 of Ex. No. 22, the March 6, 2009
8 | Agreement, provides that if the manufacturer PRANDA enters into
9 | direct sales, that commissions of the direct sales of the
10 | manufacturer PRANDA will be divided between MORADA and HAYS.

11 |         (7)   Paragraph No. 15 of the March 6, 2009 Agreement (Ex.
12 | No. 22) provides in part that:

13 |                 "...Good faith and fair dealing is imposed on
                     all parties to this agreement to work jointly
14 |                 for its success."

15 |         42.   Under the joint venture agreement and the January,
16 | 2008 Agreement (Ex. No. 1), MORADA was the exclusive marketing
17 | entity for the jewelry line, would conduct all sales and order
18 | merchandise and pay a percentage to HAYS.

19 |         43.   Under the March, 2009 agreement (Ex. No. 22), MORADA
20 | had to now purchase jewelry from HAYS at wholesale, and pay within
21 | 30 days to HAYS.

22 |         44.   Under the initial agreement, MORADA contacted all
23 | purchasers, wholesalers, gained information as to the sales
24 | information, and would be able to use that information to further
25 | market the product.  Under the new agreement, HAYS is the
26 | distributor of all jewelry.

27 |         45.   HAYS directly stated to MORADA on March 2, 2009 (Ex.
28 | No. 21) that if MORADA did not sign the March 6, 2009 agreement

(Ex. No. 22), HAYS would terminate the January, 2008 agreement (Ex. No. 1), would directly control all matters with the manufacturer PRANDA and MORADA would receive no sales.  The March, 2009 Agreement was executed by MORADA under duress and threats of unlawful breach by HAYS, which unlawful threats occurred in Ventura, California.

46.   The actions of HAYS were totally contrary to the January 2008 Agreement (Ex. No. 1), was contrary to the highest duty of good faith and fair dealing, was inconsistent with the fiduciary relationship that arose, and the reliance by MORADA.

47.   HAYS knew that MORADA would rely upon HAYS' representations of 2007 and 2008, and HAYS knew that MORADA in 2007 and 2008 had invested considerable funds in creating the product line, creating promotional materials, contacting, and developing PRANDA as the manufacturer, and MORADA had spent considerable effort and investment in the joint venture.

**Post-Execution of the March 6, 2009 Agreement (Ex. No. 22)**

48.   After the execution of the March 6, 2009 Agreement (Ex. No. 22), HAYS without disclosure to MORADA sold considerable product to numerous entities which contacts MORADA had developed, and PRANDA at HAYS' direction sold considerable merchandise to a television station, "Bid-Up," in Great Britain in which HAYS apparently received all sales revenue and did not share any such revenue with MORADA, and provided no accountings to MORADA.

49.   By communication on March 3, 2009 (Ex. No. 23), HAYS indicated that "MUSIC TODAY" had placed an order and requested that MORADA fill the order.

50.   On March 17, 2009, HAYS requested MORADA fill

1 | another order, which payment apparently went to HAYS (Ex. No. 24).

2 |        51.   On March 12, 2009, one of MORADA's sales persons,

3 | Jim Butler, provided an order for MORADA to fill the Elvis Museum

4 | and Gift Shop in Pigeon Forge, Tennessee, and the order was filled

5 | (Ex. No. 25).   HAYS received the funds and did not account or pay

6 | to MORADA.

7 | **HAYS Requests Copies of the MORADA Artwork to Place on HAYS'**

8 | **Website So That HAYS Can Sell The Fashion Jewelry On HAYS'**

9 | **Website Offering MORADA 25%**

10 |        52.   On March 24, 2009, HAYS requests MORADA to provide

11 | HAYS with digital uploads of all of MORADA's art work and MORADA's

12 | invoices, which HAYS would then offer on HAYS' website, with HAYS

13 | offering to pay MORADA 25% of all sales.   "I WILL PAY YOU 25% ...

14 | QUARTERLY, I CAN REPORT TO YOU." (Ex. No. 26).   MORADA provides

15 | HAYS, MORADA's photographs which now appear on HAYS' website (Ex.

16 | No. 27).

17 |        53.   On June 12, 2009, HAYS sends an invoice to MORADA

18 | (Ex. No. 28) for MORADA's order of jewelry now from HAYS in that

19 | MORADA can no longer order jewelry from PRANDA.

20 | **HAYS Breaches All Agreements And Fiduciary Duty**

21 |        54.   On July 6, 2009, HAYS writes to MORADA and states

22 | that:

23 |        "...I am handling Graceland my self, in fact I
         am handling all my accounts my self.  You need
24 |        to get out and sell something.  I am very
         disappointed that your marketing skills have
25 |        produced absolutely nothing.  THANK YOU VERY
         MUCH, LOWELL HAYS." (Ex. No. 29).

26 |        55.   As of March, 2009, to the present, HAYS has utilized

27 | the manufacturing relationship with PRANDA, created by MORADA, has

28 |

utilized all sales leads created by MORADA, has utilized all
samples, pouches and boxes created by MORADA, has utilized all
promotional and advertising materials created by MORADA exclusively
for HAYS' own purpose, has by misrepresentation utilized the
photography created by MORADA, for HAYS' own purposes, to market,
advertise, and sell the jewelry collection of the joint venture for
HAYS' own purpose, without any accounting or payment to MORADA.

56.   During March, 2009, through August, 2009, MORADA is
aware of sales to Graceland, Memphis Airport, Tupelo Museum, Pigeon
Forge, MGM Grand, and sales to Bid-up in England and the Danbury
Mint, all of which are made through HAYS, and which HAYS has
received all funds, and not accounted to MORADA (Ex. No. 30), in
breach of HAYS' fiduciary duty.

### Termination Notice

57.   On September 1, 2009, an attorney for HAYS sends a
termination notice to MORADA:

> "...Based on the above (non-payment of the
> $125.00 invoice) Lowell Hays hereby terminates
> the (March 6, 2009) agreement." (Ex. No. 31).

58.   Within 10 days of the September 1, 2009 notice (Ex.
No. 31), on September 8, 2009, MORADA pays the $125.55 invoice (Ex.
No. 32).

59.   After the execution of the March 6, 2009 Agreement,
HAYS sold on behalf of MORADA, jewelry to the EPEI gift store,
without providing any accounting or sharing of income to MORADA,
and HAYS also, on information and belief, sold to other accounts
that MORADA had developed directly or indirectly, without
disclosing or accounting to MORADA.

60.   During the period of time late 2007 through 2008,

1  and into 2009, HAYS and MORADA in their joint venture had a
2  fiduciary relationship where each owed the other a duty of trust
3  and confidence.

4          61.   In late February and early March, 2009, HAYS
5  breached his fiduciary duty to MORADA, by indicating that HAYS
6  would misappropriate all sales and income if MORADA did not enter
7  into a modified distribution agreement, and during March, 2009,
8  through the present day, HAYS has breached his fiduciary duty by
9  misappropriating all sales, all artwork, all of the business
10 opportunities created by MORADA, has failed to account to MORADA,
11 and has misappropriated all interests in the joint venture between
12 them.

13         62.   MORADA requests an accounting, and damages according
14 to proof.

15         63.   MORADA asserts that HAYS' actions were fraudulent,
16 willful and intentional, and MORADA requests an award of punitive
17 damages.

18         64.   MORADA requests that the Court find that the March
19 6, 2009 Agreement, (Ex. No. 22), to be of no force and effect, and
20 impose specific performance upon HAYS to comply and conform with
21 the terms of the Ex. No. 1 agreement.

22                                  II.

23         **SECOND CLAIM FOR RELIEF IN THE ALTERNATIVE TO BREACH OF**

24         **FIDUCIARY DUTY, BREACH OF THE JANUARY 4, 2008 CONTRACT**

25                  **(Against Defendant Lowell Hays)**

26         65.   Plaintiff MORADA repeats and realleges those
27 allegations contained in paragraphs 1 through 64 above, as if fully
28 set forth herein.

66.   MORADA performed all of the obligations required by MORADA under the January 4, 2008 DA (Ex. No. 1).

67.   HAYS breached the January 4, 2008 DA, (Ex. No. 1), by not complying with the obligations of Para. 12, (Ex. No. 1), and in not complying with the DA which imposed "...the highest duty of good faith and fair dealing on the part of both MORADA and HAYS to work together to insure the success of the DA."

68.   MORADA has been damaged in an amount to be proven at trial.

### III.

### THIRD CLAIM FOR RELIEF IN THE ALTERNATIVE TO BREACH OF

### FIDUCIARY DUTY, BREACH OF THE MARCH 6, 2009 CONTRACT

### (Against Defendant Lowell Hays)

69.   Plaintiff MORADA repeats and realleges those allegations contained in paragraphs 1 through 68 above, as if fully set forth herein.

70.   On September 1, 2009, (Ex. No. 31), HAYS, by and through his lawyer, notified MORADA in Ventura, California, that HAYS had terminated the March 6, 2009 agreement (Ex. No. 22) as a result of MORADA's breach, in not paying a $125.00 invoice which HAYS had billed MORADA.

71.   Though the March 6, 2009 Agreement provides for a ten day cure, HAYS, by and through his lawyer, notified MORADA of HAYS' termination prior to a ten day notice and cure period as provided by paragraph No. 15 of the March 6, 2009 Agreement (Ex. No. 22).

72.   MORADA paid the $125.00 invoice within ten days of the date of delivery of Ex. No. 31, consistent with the terms of

1  the March 6, 2009 agreement (Ex. No. 22).

2       73.  MORADA asserts that HAYS breached the March 6, 2009
3  Agreement (Ex. No. 22), and breached the covenant of good faith and
4  fair dealing, and seeks damages in an amount according to proof at
5  trial.

6                              **IV.**

7      **FOURTH CLAIM FOR RELIEF FOR INTENTIONAL MISREPRESENTATION**

8                    **(Against Defendant Lowell Hays)**

9       74.  Plaintiff MORADA repeats and realleges those
10 allegations contained in paragraphs 1 through 73 above, as if fully
11 set forth herein.

12      75.  In June, 2009, HAYS represented to MORADA that HAYS
13 wished to commence selling the Fashion Jewelry collection that
14 MORADA had created by PRANDA on HAYS' website, with HAYS
15 representing that HAYS would divide the profits equally with
16 MORADA.

17      76.  MORADA created very high quality photographs of the
18 PRANDA samples.  HAYS requested from MORADA as an inducement for
19 MORADA to provide HAYS with the high quality photography, that HAYS
20 would provide MORADA a 25% income of all of the fashion jewelry
21 sold on HAYS' website.  This representation was made in writing to
22 MORADA by HAYS in Ventura, California (Exhibit No. 26).

23      77.  In reliance upon HAYS' representation (Ex. No. 26),
24 MORADA provided to HAYS, MORADA's photographs which presently
25 appear on HAYS' website.

26      78.  HAYS induced MORADA to part with its photographs
27 which HAYS uses.

28      79.  MORADA asserts damages, in an amount to be proven at

trial.

80.   MORADA asserts that HAYS' representations were false and fraudulent and that MORADA is entitled to punitive damages.

Wherefore MORADA prays for:

1.   Damages according to proof;

2.   For punitive damages;

3.   In the alternative, rescission of the March 6, 2009 Agreement;

4.   In the alternative, for specific performance of the initial January 4, 2008 Agreement;

5.   For costs of suit; and

6.   For such other relief as the Court may deem appropriate.

Respectfully Submitted,

LAW OFFICES OF ALLEN HYMAN

DATED: September 15, 2009     By: _____
Allen Hyman
Attorneys for Plaintiff
MORADA MUSIC, LLC

## DEMAND FOR A JURY TRIAL

Pursuant to F.R.C.P. Rule 38 and Local Rule 38-1, Plaintiff MORADA requests a trial by jury.

Respectfully submitted,

LAW OFFICES OF ALLEN HYMAN

DATED: September 15, 2009       By: _____
                                    Allen Hyman
                                    Attorneys for Plaintiff
                                    MORADA MUSIC, LLC

## DISTRIBUTION AGREEMENT

1.   Lowell Hays ("HAYS") and Morada Music LLC ("MORADA") make the following representations, and enter into this Distribution Agreement ("DA") which terms are set forth below.

2.   HAYS represents the following:

(a)   From the late 1960s, to the time of the passing of Elvis Presley ("EP"), HAYS was a personal jeweler to Elvis Presley.  HAYS designed many pieces of jewelry for EP, for those related to and associated with EP, and EP gifted jewelry designed by HAYS to others.

(b)   HAYS created, and is the owner of the "original molds" ("MOLDS") from which HAYS made all of the jewelry that EP purchased or obtained from HAYS.

(c)   HAYS also has rights to his own historical relationship with EP.

(d)   HAYS is a licensee of Elvis Presley Enterprises Inc., ("EPEI"), which agreement is dated February 22, 2007, by

1

EXHIBIT
1

which EPEI granted certain rights to HAYS.

3.   MORADA represents the following:

(a)   MORADA is an entertainment and marketing company located in Ventura, California.

(b)   MORADA's principal has marketing expertise and distribution skills well-known throughout the entertainment industry worldwide.

4.   Both HAYS and MORADA acknowledge that for some years, HAYS has maintained a retail website, "Jeweler To The King," where HAYS offers at retail on HAYS' website, copies of jewelry that HAYS created for EP.  Both HAYS and MORADA acknowledge that this DA is not in any manner to be interpreted to include HAYS' retail website sales and business, which shall remain the sole property of HAYS and to which this DA has no interest whatsoever.

5.   For good and valuable consideration acknowledged, HAYS grants to MORADA a non-exclusive license and right to (a) distribute HAYS' Jewelry; (b) the non-exclusive use of HAYS' name and likeness, in association with the distribution of HAYS'

2

Jewelry; (c) the non-exclusive use of HAYS' historical association with EP, (d) the non-exclusive use of trade names and trademarks owned by HAYS, with regard to HAYS' Jewelry including but not limited to "Jeweler to the King;" and (e) the non-exclusive use of any copyrights owned by HAYS.

6.    Under this DA, HAYS will provide:

(a)  HAYS' know-how, and expertise in the creation and manufacturing of jewelry;

(b)  HAYS' historical association and identification with EP, which can be utilized to market the jewelry products;

(c)  The use of HAYS' copyrighted elements of HAYS' designs that can be manufactured;

(d)  The non-exclusive use of HAYS' rights under the February 22, 2007 Agreement with EPEI; and

(e)  The non-exclusive use of all other rights HAYS may have to market and sell jewelry associated with EP, or the history of EP.

7.   All manufacturing will be under the direct control or be undertaken by HAYS, and HAYS will be reimbursed by MORADA for all manufacturing costs.  MORADA and HAYS will mutually agree on the manufacturing to insure quality and minimize production costs.

8.   The territory of the DA license is the world.

9.   The term of this DA license will run concurrent with HAYS' agreement with EPEI.

10.  HAYS will oversee all package design and quality of manufacturing.

11.  HAYS will receive a royalty on all good sold: (a) 20% of wholesale for the first $500,000.00; and (b) 25% of wholesale thereafter.  In addition, MORADA will pay the 12% wholesale royalty due to EPEI.

12.  This DA imposes the highest duty of good faith and fair dealing on the part of both MORADA and HAYS to work together to insure the success of the DA.

13.  The DA will not violate the terms of HAYS'

agreement with EPEI, and to the extent necessary, MORADA will make such disclosure to the EPEI that are required under HAYS' agreement with the EPEI.

14. Notwithstanding the DA, both MORADA and HAYS acknowledge that HAYS retains the ownership of HAYS' molds, designs, copyrighted elements of HAYS' work, and HAYS' grant of such rights under this license agreement, independent of HAYS' website.

15. To the extent that MORADA can assist HAYS in establishing copyrights or design rights (trademarks) to HAYS' products, MORADA will do so.

16. HAYS will have artistic, and quality control over all manufacturing and creation of HAYS' designed products, manufactured and sold by MORADA.

17. This DA contemplates that MORADA's sales will be limited to wholesale sales, that is sales to retailers or other distributors.

18. Should MORADA decide to sell at retail, MORADA would notify HAYS of MORADA's intent to do so. As to MORADA

retail sales, all profits from MORADA retail sales will be divided on a 50% each basis, fifty (50%) percent to HAYS, and fifty (50%) to MORADA, after payment of the royalty obligation to EPEI, costs of manufacture and promotion, which costs will be approved by HAYS.

19.   HAYS agrees that during the period of time that this DA is in effect, HAYS will not enter into another distribution agreement which competes with the rights granted to MORADA under this DA.


Dated: _Jun 1, 2008_                  _____
                                       Lowell G. Hays


Dated: _____              _____
                                       Morada Music, LLC

## Marshall Blonstein

**From:**  Marshall Blonstein [mb@audiofidelity.net]
**Sent:**  Friday, January 04, 2008 9:28 AM
**To:**  'Lowell Hays'
**Subject:** Elvis Collection

Lowell,

In accordance with our agreement, we'd like your approval to take the Elvis Collection to QVC and
Home Shopping Network, and present them the opportunity to offer the collection to their viewers.

Marshall

Marshall Blonstein, President
Audio Fidelity/Morada Vision/Morada Music
870 East Front Street, Suite 3
Ventura, CA  93001
805-648-5599 Phone
805-648-7552 Fax
mb@audiofidelity.net
www.audiofidelity.net

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.516 / Virus Database: 269.17.13/1209 - Release Date: 1/4/2008 12:05 PM

**EXHIBIT
2**

**Marshall Blonstein**

**From:**    Lowell Hays [elvisjeweler@yahoo.com]
**Sent:**    Saturday, January 05, 2008 2:26 PM
**To:**      MARSHAL BLOOMSTEIN
**Subject:** Fwd: RE: TCB SALES

YES MARSHAL, ALL IS APPROVED, LOWELL HAYS

Note: forwarded message attached.

THANK YOU VERY MUCH, T C B

---

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

No virus found in this incoming message.
Checked by AVG.
Version: 7.5.524 / Virus Database: 270.7.1/1688 - Release Date: 9/24/2008 6:29 AM

EXHIBIT
3

## Marshall Blonstein

**From:**   Marshall Blonstein [mb@audiofidelity.net]

**Sent:**   Wednesday, March 05, 2008 10:57 AM

**To:**   'richw@prandana.com'

**Cc:**   'richw@pranda.com'

**Subject:** Elvis Jewelry Collection

Rich,

Attached you'll find several pages from our Elvis Jewelry Collection presentation book.   If you'd like, I can forward you the entire book that also has a 5 minute DVD of Lowell Hays, who is the "Jeweler to the King".   Do read the introduction page, which will give you an overview of who Lowell Hays is, and our Elvis Collection.

Look forward to hearing from you.

Marshall
*Marshall Blonstein - President*
*Audio Fidelity-Morada Vision-Morada Music*
*3875-A Telegraph Road*
*#409*
*Ventura, CA  93003*
*Phone:  (805) 642-8111*
*Fax:     (805) 642-8222*
*mb@audiofidelity.net*
*www.audiofidelity.net*

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.516 / Virus Database: 269.21.4/1313 - Release Date: 3/5/2008 9:50 AM

EXHIBIT
4



THE

*Elvis* JEWELRY COLLECTION

EXHIBIT

5

# The Elvis Jewelry Collection

**Elvis Presley** is without a doubt the most beloved, idolized and legendary star in American history. Through his music, live performances and his films, he brought joy to millions of people around the world. **Elvis** was known for his music, flamboyancy and his flair for accessorizing, which included his choice of jewelry, which has become a big part of his legend.

"**Elvis** sometimes bought $200,000 worth of gems at once, and loved to sit in the middle of his bed with jewelry spread all over," recalls Lowell Hays who is known as the **"Jeweler to the King".** Hays often flew to the touring singer to satisfy his impulse buying, carrying $200,000 or more in jewelry in a specially designed briefcase.

One night, Lowell got a call from **Elvis** at about 1:00 in the morning, which was very unusual. **Elvis** wanted an engagement ring for Ginger Alden, his one- time fiancée. He wanted the diamond to be just like the one in his TCB ring, and he wanted it right away, but there was no way to get a diamond like that in the middle of the night. Lowell laid awake trying to come up with a solution, and finally had the idea to take the diamond out of **Elvis'** TCB ring, and replace it the next week before he went on tour again. So Lowell drove to Graceland in the middle of the night to get the TCB ring, took it back to his shop, removed the diamond, used it to make the engagement ring and got it to **Elvis** about 8 o'clock in the morning. The price tag was $70,000… and that was in the 70s!

Mr. Hays was **Elvis'** personal jeweler, making numerous pieces of custom jewelry for both his personal use and as gifts to friends, family and perfect strangers. Lowell Hays spent many years designing molds and crafting jewelry for **Elvis**. Some of the pieces were designed by Lowell, while others were designed by **Elvis** and Lowell. Still others were purchased by Lowell on behalf of **Elvis**.

Lowell shared a warm friendship with **Elvis**. Lowell and **Elvis** turned their designs and visions into an array of stunning rings, necklaces, bracelets and pins, some of which can be found in this catalog. The **Elvis Jewelry Collection** is truly fit for a "King" and a "Queen".

# Certificate of Authenticity



**Lowell Hays**

WWW.ELVISJEWELER.COM

**To Whom It May Concern:**

This is to certify that the sterling silverTCB necklace accompanying this letter was made by me. It was made from the original mold I used when I made the necklaces for Elvis Presley.

**Sincerely Yours**

*Lowell Hays*

**Lowell Hays**



**Pins**

**Crosses**

THE ELVIS JEWELRY COLLECTION





Ladies version of
the famous TCB necklace.
TLC...Tender Loving Care

. THE ELVIS JEWELRY COLLECTION



Ladies Rings

THE ELVIS JEWELRY COLLECTION



**Necklaces**

THE ELVIS JEWELRY COLLECTION





**Bracelets**



THE ELVIS JEWELRY COLLECTION



**Bracelets**

THE ELVIS JEWELRY COLLECTION

Message                                                                  Page 1 of 1

## Marshall Blonstein

**From:** Heather-Audio Fidelity [heather@audiofidelity.net]
**Sent:** Tuesday, March 11, 2008 9:38 AM
**To:** 'Lowell Hays'
**Subject:** RE: TCB

Hi Lowell,

Marshall is on his way back from New York, and should be back this afternoon.   I'll make sure he gets your email upon his return.

Thank you!
Heather :)

-----Original Message-----
**From:** Lowell Hays [mailto:elvisjeweler@yahoo.com]
**Sent:** Tuesday, March 11, 2008 9:32 AM
**To:** MARSHAL BLOOMSTEIN
**Subject:** TCB

I MET WITH CAROL THIS MORNING. SHE APPROVED THE PRESENTATION, SO FULL SPEED AHEAD.  I ASKED HER ABOUT THE FRANKLIN MINT.  THEY ARE NOT APPROVED, BUT THE BRADFORD EXCHANGE IS.SHE RECOMENDED YOU CONTACT  MS. ROXANNE LEE. 847-581-8597  TELL HER CAROL BUTLER RECOMENDED THE CALL. GOOD LUCK, LOWELL

THANK YOU VERY MUCH, T C B

---

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

No virus found in this incoming message.
Checked by AVG.
Version: 7.5.518 / Virus Database: 269.21.7/1324 - Release Date: 3/10/2008 7:27 PM

No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.518 / Virus Database: 269.21.7/1324 - Release Date: 3/10/2008 7:27 PM

**EXHIBIT 6**

## Marshall Blonstein

**From:** Lowell Hays [elvisjeweler@yahoo.com]
**Sent:** Thursday, March 20, 2008 2:23 PM
**To:** mb@audiofidelity.net
**Subject:** RE: TCB

MARSHALL, AS YOU KNOW, I HAVE THE MORE EXPENSIVE PIECES IN MY ON LINE BUSINESS. WHICH I MUST SAY, ISN'T DOING ANYTHING COMPAIRED TO THE POTENTIAL YOU HAVE JUST REFERED TO. IF WE CAN PUT THE REAL THING INTO COSCO OR WAL MART, I WOULD BE WILLING TO GIVE UP THE ON LINE END. WHAT THE WOMEN OF THE WORLD WANT IS A PRETTY PIECE OF JEWELRY,AND IF IT IS PART OF A COLLECTION OF JEWELRY THAT I MADE ELVIS, IT WILL BE A SLAM DUNK.I CAN THINK OF MANY PIECES I CAN MAKE FROM PARTS OF THE TCB, TLC BIG RING, TUBE BRACELET, AND  LION HEAD. I CAN THINK OF A DOZEN RINGS I CAN MAKE FROM THESE PIECES, AND ADVERTISE THAT THEY WERE MADE FROM THE ORIGINAL MOLDS USED FOR ELVIS.THAT SELLS JEWELRY.

*Marshall Blonstein <mb@audiofidelity.net>* wrote:

> Expense is always relative to what the final outcome is.  If I can secure a booth, it'll be a steal. If we get the booth, you and Linda are my guests.  If you get a chance, go on Costco.com.   This is amazing.  In the Costco stores they only carry their own jewelry line.   What they do is, they see a piece that they like, and they then go knock it off and sell it under the Costco brand.  Some of the jewelry in their stores sell for $500-10K.   We just had a conversation with Costco regarding our Collection, and they'd be willing to carry the Collection online once they see samples.  If you go online you'll see some jewelry pieces for $250K.  There are other bracelets and rings in the $30K-40K range.  Amazing.  Along with the costume jewelry line we've talked about, we should create a second line that would sell at a higher price point.   We can then cover the Wal-Marts as well as the more expensive outlets.
>
> Marshall
>
>> -----Original Message-----
>> **From:** Lowell Hays [mailto:elvisjeweler@yahoo.com]
>> **Sent:** Thursday, March 20, 2008 10:06 AM
>> **To:** mb@audiofidelity.net
>> **Subject:** RE: TCB
>>
>> I KNOW LINDA WOULD LIKE TO COME.  A BOOTH WILL BE EXPENSIVE, AND HARD TO GET, I THINK, LOWELL
>>
>> *Marshall Blonstein <mb@audiofidelity.net>* wrote:
>>
>>> Outrageous!  What nerve!  What gall!  No problem.  I'll send photos out to you tomorrow.   I'll email you today and give you a call regarding some other opportunities.  One is the JCK Jewelry Show in Las Vegas.  I'm going to try to get a booth.   The show runs May 30th to June 3rd.  Want to come?
>>>
>>> Marshall

**EXHIBIT 7**

Message                                                                    Page 1 of 1

## Marshall Blonstein

**From:**     Marshall Blonstein [mb@audiofidelity.net]
**Sent:**     Wednesday, April 09, 2008 3:31 PM
**To:**       'Richard Weisenfeld'
**Cc:**       Lowell Hays (elvisjeweler@yahoo.com)
**Subject:** Elvis Jewelry Collection

Rich:
That would be terrific. Elvis is huge in Japan, Korea and the entire Pacific Rim. Our license does
extend world-wide so Korea, the UK, Germany and Japan are all markets we'd be very interested in
pursuing.

Thanks for the effort and interest. It's much appreciated...Marshall

> -----Original Message-----
> **From:** Richard Weisenfeld [mailto:RichW@prandana.com]
> **Sent:** Wednesday, April 09, 2008 1:53 PM
> **To:** mb@audiofidelity.net
> **Subject:** Korea?
>
> Hi Marshall,
> A quick look at the web seems to indicate Elvis is very popular in Korea?
> I have a customer close to finalizing a deal with the GS "Chaebol" (conglomerate) that owns the TV
> shopping business in Korea.
> Does you license extend worldwide?
> We also have connections to QVC UK, HSN Germany and HSN Japan.
>
> Lowell sent me a TLC sample, but we haven't connected yet.
> Regards,
> Rich
>
>
> No virus found in this incoming message.
> Checked by AVG.
> Version: 7.5.519 / Virus Database: 269.22.10/1367 - Release Date: 4/9/2008 7:10 AM

No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.519 / Virus Database: 269.22.10/1367 - Release Date: 4/9/2008 7:10 AM

EXHIBIT
8

## Marshall Blonstein

**From:** Lowell Hays [elvisjeweler@yahoo.com]
**Sent:** Tuesday, May 20, 2008 4:15 AM
**To:** MARSHAL BLOOMSTEIN
**Subject:** TCB

I GUESS I AM NOT AS EXCLUSIVE AS I THOUGHT I WAS!  BUT THEY DON'T HAVE ORIGINAL MOLDS, THEY WEREN'T ELVIS' FRIEND, THEY DIDN'T FLY IN HIS PLANE, GO TO MOVIES WITH HIM, HAVE A HOTEL ROOM PAID FOR BY HIM EVERY WHERE HE WENT,WORK WITH HIM IN THE MIDDLE OF HIS BED WHERE HE LOVED TO BUY AND DESIGN JEWELRY, GO TO FOOTBALL GAMES WITH HIM, RACE AROUND GRACELAND IN GOLF CARTS WITH HIM, PLAY RACKET BALL WITH HIM, RIDE HORSES WITH HIM AT HIS RANCH,AND THEY WEREN'T THE PRECIPITANTS OF TWO LINCOLN MARKS, A IV, AND A V.THERE IS A LOT MORE THAT WENT WITH SIMPLY BEING HIS FRIEND, LIKE RIDING IN HIS LEMO WITH HIM AFTER A CONCERT, OR BEING A GUEST IN HIS HOUSE IN PALM SPRINGS, OR BEING A REGULAR DINNER GUEST IN MEMPHIS, AND ON AND ON. THEY DON'T HAVE ANY ORIGINAL MOLDS, AND THEY ARE LYING WHEN THEY SAY THEY DO. RELAX , YOU STILL HAVE ME!

LOWELL HAYS


THANK YOU VERY MUCH, T C B


No virus found in this incoming message.
Checked by AVG.
Version: 7.5.524 / Virus Database: 269.23.16/1448 - Release Date: 5/16/2008 7:42 PM

**EXHIBIT 9**

Message                                                                                    Page 1 of 2


## Marshall Blonstein

**From:**   Richard Weisenfeld [RichW@prandana.com]
**Sent:**   Thursday, July 24, 2008 10:27 AM
**To:**     mb@audiofidelity.net
**Cc:**      elvisjeweler@yahoo.com
**Subject:** RE: Elvis

Hi Marshall,
No problem to place this order and get it started.
Please note some comments below.
Thanks,
Rich

---

**From:** Marshall Blonstein [mailto:mb@audiofidelity.net]
**Sent:** Thursday, July 24, 2008 12:24 PM
**To:** Richard Weisenfeld
**Cc:** elvisjeweler@yahoo.com
**Subject:** Elvis

Rich,

Following up our conversation regarding samples on those pieces that have been approved, following is
a list of pieces we'd like to order.   As I mentioned, we'd like to get ahead of the curve, and as samples
are approved, order a small quantity that we can then present to key dealers.   Once we do our
presentation to the dealers, we can then order in larger quantities to fill the pipeline.

ELV005  (clear crystal sapphire earrings)  We'd like 20 These will be done in Montana Blue, as Lowell
wanted a darker stone. Do you want me to get a sample of the stones for Lowell's approval before we
make the 20?

ELV006  (jonquil Olivine ring)             We'd like 20

ELV007  (Version C)               We'd like 20

ELV014   (flag pin)              We'd like 20

ELV018   (womens TLC necklace & earrings)      We'd like 20 each  (not the mens) Necklace will be
done with a clasp and extender as discussed.

ELV019   (mens TCB necklace)        We'd like 20      Necklace will be done with a clasp and
extender as discussed.
          (womens earrings & necklace)   We'd like 20      Necklace will be done with a clasp and
extender as discussed.


Thanks Rich.    Should you have any questions, just give me a call.

Marshall

**EXHIBIT 10**



Rock
her world...

THE
*Elvis*
JEWELRY COLLECTION

As unforgettable as
the King himself.

Available exclusively from Ashwood  805.642.8111

EXHIBIT
11



A love song she'll wear forever.

THE

*Elvis*

JEWELRY COLLECTION

As unforgettable as the King himself.

Available exclusively from Ashwood  805.642.8111

## Marshall Blonstein

**From:**   Marshall Blonstein [mb@audiofidelity.net]
**Sent:**   Tuesday, August 26, 2008 10:40 AM
**To:**   'Richard Weisenfeld'
**Subject:** order samples

Rich,

In my previous email I gave you the go-ahead on the new pieces. They've all been approved. We'd like to order the following quantities:

ELV027   10 (earrings)
ELV031   10 (necklace)
ELV022   10 (this will be the new expanded version) (bracelet)
ELV022   10 (necklace)
ELV022   10 (ring)
ELV013   10 (necklace)
ELV030   10 (necklace)
ELV035   10 (necklace)
ELV012   10 (ring)
ELV023   10 (ring)

Thank you,
Marshall

No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.524 / Virus Database: 270.6.9/1635 - Release Date: 8/26/2008 7:29 AM

```
EXHIBIT
  12
```

Message                                                              Page 1 of 2

**Marshall Blonstein**

**From:**     Marshall Blonstein [mb@audiofidelity.net]
**Sent:**     Monday, October 13, 2008 2:02 PM
**To:**       'elvisjeweler@yahoo.com'
**Subject:** RE: TCB

LOWMAR it is!

> -----Original Message-----
> **From:** Lowell Hays [mailto:elvisjeweler@yahoo.com]
> **Sent:** Monday, October 13, 2008 1:29 PM
> **To:** mb@audiofidelity.net
> **Subject:** RE: TCB
>
> YES, I LIKE LOWMAR, BETTER THAN LOEMAR--IF THAT IS OK . YANKIES TAKE
> COLUMBUS DAY AS A HOLIDAY.  YOU TAKE CARE, LOWELL
>
> THANK YOU VERY MUCH,LOWELL HAYS, T C B
>
> --- On **Mon, 10/13/08, Marshall Blonstein <*mb@audiofidelity.net*>** wrote:
>
>> From: Marshall Blonstein <mb@audiofidelity.net>
>> Subject: RE: TCB
>> To: elvisjeweler@yahoo.com
>> Date: Monday, October 13, 2008, 10:56 AM
>>
>> Hey Lowell,
>>
>> Did you get the samples okay?  As far as the name in the box, no problem.   What makes
>> our Card of Authenticity authentic is your name.   So of course, it's going to be there.
>>
>> I'll tell Rich we want to keep the "Lowell" on all the jewelry.  I don't know why he was so
>> keen on Elvis.
>>
>> I used "Ashwood"-- it's the name of the street I live on, and I couldn't come up with
>> anything better.   When we first got together, which now seems like 100 years ago, I threw
>> the name Loemar out to you, and you didn't seem interested.  I like the name.  I'm good
>> to go with that.   We'll use that on all our presentations and letterhead.
>>
>> I have a call in to Rich now to find out the date for QVC.  Hopefully he'll be back to us
>> this week.
>>
>> Marshall
>>
>> -----Original Message-----
>> **From:** Lowell Hays [mailto:elvisjeweler@yahoo.com]
>> **Sent:** Sunday, October 12, 2008 3:51 PM
>> **To:** MARSHAL BLOOMSTEIN
>> **Subject:** TCB

EXHIBIT
**13**

**Marshall Blonstein**

| | |
|---|---|
| **From:** | Richard Weisenfeld [RichW@prandana.com] |
| **Sent:** | Tuesday, November 25, 2008 9:20 AM |
| **To:** | mb@audiofidelity.net |
| **Subject:** | FW: sit-up channels, a Virgin Media company |

Hi Marshall,
Chatted with David, my contemporary in the UK.
They work closely with a TV marketing company, Bid-up.
QVC in the UK is small, with orders normally in the 100-200 piece
range; Bid-up ranges from 400-1000+ pieces.
They are very interested in the Elvis line as they have an existing
Elvis memorabilia line that they promote around Elvis' birthday.
David tells me pricing is important to Bid-up, but the "Elvis" name
has it's value.
To make the cleanest deal, I would propose that Pranda UK would buy
directly from Crystaline in BKK.
Crystaline BKK would pay you whatever add on you need for Lowell and
yourself and to pay your License fee.
Take a look at their website and we can discuss next week.
Best regards,
Rich


-----Original Message-----
From: David Wood-Smith [mailto:davidwoodsmith@crystaline.co.uk]
Sent: Tuesday, November 25, 2008 11:55 AM
To: Richard Weisenfeld
Subject: sit-up channels, a Virgin Media company

http://www.sit-up.tv/

Hi Rich,

This is their company web site, they are part of Virgin media.

All the best

David


No virus found in this incoming message.
Checked by AVG.
Version: 7.5.549 / Virus Database: 270.9.10/1811 - Release Date: 11/25/2008 8:29 AM

**EXHIBIT 14**

Message                                                                                    **Page 1 of 1**

## Marshall Blonstein

**From:**     Marshall Blonstein [mb@audiofidelity.net]
**Sent:**     Thursday, December 04, 2008 5:21 PM
**To:**       Laurie Williams
**Cc:**       Lowell Hays (elvisjeweler@yahoo.com)
**Subject:**  The Elvis Jewelry Collection

Laurie:

Thanks for taking the time to meet with us while I was in Memphis.  I trust you received the Elvis boxes that I had sent to you.  We also have velvet pouches with the Elvis logo on them as well that I will be sending to you.

I'm looking forward to your input on the pieces you have in our existing catalog and those other pieces that you feel will work well at Graceland, as well as at the MGM when that opportunity opens up.

The MGM show sounds like a home run and we do appreciate the opportunity to be a part of it.

Thank you again Laurie for your time in the meeting and I look forward to moving the process forward.

Best regards, Marshall
*Marshall Blonstein - President*
*LowMar - The Elvis Jewelry Collection*
*3875-A Telegraph Road*
*#409*
*Ventura, CA  93003*
*Phone:  (805) 642-8111*
*Fax:     (805) 642-8222*
*mb@audiofidelity.net*
*www.audiofidelity.net*

No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.552 / Virus Database: 270.9.13/1828 - Release Date: 12/4/2008 8:05 AM

EXHIBIT
15

**Marshall Blonstein**

| | |
|---|---|
| **From:** | Richard Weisenfeld [RichW@prandana.com] |
| **Sent:** | Thursday, January 29, 2009 12:28 PM |
| **To:** | mb@audiofidelity.net; Lowell Hays |
| **Subject:** | RE: Pranda UK shipment |

Thanks Marshall,
Do you have "Elvis" pouches and a few sample "romance cards" ?
Rich

**From:** Marshall Blonstein [mailto:mb@audiofidelity.net]
**Sent:** Thursday, January 29, 2009 2:20 PM
**To:** 'Lowell Hays'
**Cc:** Richard Weisenfeld
**Subject:** Pranda UK shipment

Lowell & Rich,

Per your authorization, I am sending one each of the following sample pieces to Pranda UK.  They
should receive the package Monday or Tuesday.  Before the package goes out, is there anything else
you'd like for me to enclose?

| | |
|---|---|
| ELV001N | Gold pave heart necklace |
| ELV002R | Amethyst royal ring |
| ELV005EB | Montana Blue drop earrings |
| ELV006RA | Light Rose Multi-crystal ring |
| ELV006RB | Light Olivine multi-crystal ring |
| ELV007B | Fire & Ice bangle bracelet |
| ELV008RA | Black crystal swirl ring |
| ELV008RB | Blue crystal swirl ring |
| ELV008RC | Green crystal swirl ring |
| ELV012R | Gold nugget jet cabochon ring |
| ELV013N | Garnet cross necklace |
| ELV014P | American flag pin |
| ELV015B | Lightening bolt bracelet |
| ELV018NWG | Gold TLC necklace- women |
| ELV018NMG | Gold TLC necklace- men |
| ELV018EG | Gold TLC earrings |
| ELV018ES | Silver TLC earrings |
| ELV019NW | Gold TCB necklace- women |
| ELV018NM | Gold TCB necklace- men |
| ELV019EG | Gold TCB earrings |
| ELV020N | Amethyst & crystal necklace |
| ELV020E | Amethyst & crystal earrings |
| ELV020R | Amethyst & crystal ring |
| ELV021N | Peridot & crystal necklace |
| ELV021E | Peridot & crystal earrings |
| ELV021R | Peridot & crystal ring |
| ELV022N | Horseshoe necklace |

**EXHIBIT
16**

Message

| | |
|---|---|
| ELV022R | Horseshoe ring |
| ELV022B | Horseshoe bracelet |
| ELV026RG | Fancy openwork crystal gold ring |
| ELV026RS | Fancy openwork crystal silver ring |
| ELV027E | Chandelier crystal drop earrings |
| ELV030N | Openwork gold cross necklace |
| ELV031N | Gold nugget cross necklace |
| ELV033N | Openwork gold & crystal pendant necklace |
| ELV035N | Large openwork gold cross necklace |
| ELV036N | Pave crystal puff heart necklace |

Marshall

No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.552 / Virus Database: 270.10.15/1923 - Release Date: 1/29/2009 7:13 AM


No virus found in this incoming message.
Checked by AVG.
Version: 7.5.552 / Virus Database: 270.10.15/1923 - Release Date: 1/29/2009 7:13 AM

**Marshall Blonstein**

| | |
|---|---|
| **From:** | Richard Weisenfeld [RichW@prandana.com] |
| **Sent:** | Monday, January 26, 2009 11:59 AM |
| **To:** | mb@audiofidelity.net; Lowell Hays |
| **Cc:** | Richard Weisenfeld |
| **Subject:** | FW: Elvis |

Hi Marshall and Lowell,
I have copied you both on a note I received from David, my colleague in the UK.
Please see some of my notes below and let me know your thoughts?
Thanks,
Rich


-----Original Message-----
From: David Wood-Smith [mailto:davidwoodsmith@crystaline.co.uk]
Sent: Monday, January 26, 2009 11:58 AM
To: Richard Weisenfeld
Subject: Elvis

Hi Rich,


I have a meeting set up with the shopping channel Bid Up on Friday 30th Jan

I really need to let them know when I will get samples and prices, also to
complicate things the buyer leaves to have a Baby in about 6 weeks so I have
to try and get this sorted before then.

Marshall-would you be able to ship a (somewhat) complete sample line to David in
the UK later this week so he has them next week?

I had a meeting with Hank and Art in Bangkok and I did bring the subject of
the Elvis collection and what I want to try in the UK, they where both happy
about it but Art said that we did not have a contract with Lowell yet and
that we need to have a formal agreement not only for the states but for the
UK so that we get exclusive rights to offer the collection, what is the
situation on this ?

Hank is the Managing Director of Crystaline, our Costume Jewelry Factory. Art is
the "Brand" Manager for Pranda worldwide; also the son of the President of Pranda
I have had some initial conversations with Art regarding Pranda selling the Elvis
line in select markets, and there is good interest here.
To finalize some agreement I need to finalize the selling price structure based o
the spreadsheets I sent you earlier. Art may ask for some slight modification
based on different markets.
I would also need some rough letter of agreement giving Pranda the right to marke
the Elvis brand in key geographic areas. Details can be finalized over the next
few weeks, but some letter acknowledging the desire to have this relationship
would be good. I have already told Art that we are the exclusive manufacturer.
Let me know your thoughts?

What I really need is the following

1  Samples

**EXHIBIT**
**17**

2. FOB Bangkok price ( including all royally, PNA margin )

3. I like the idea of a pouch, as this is an existing collection do you already have any packaging or Romance card that Lowell is using to sell this collection or does he just put it in a plan box ?

Marshall-Do you have pouch samples available?
I am hoping we can send only pouches to UK, as shipping boxes can be very expensive.

4. Agreement on exclusive distribution in UK

In the US, we would hope to be exclusive to key accounts as we might agree to.
Let me know if "exclusivity" s▉▉▉▉▉▉▉▉▉▉ and elsewhere-we can amend as needed?
Pranda has offices in the UK, Germany, France, Japan, Vietnam and China.
We have retail partnerships in India and Southeast Asia.


Order qty's are starting to drop here and the latest report is that 70% of companies are planning on making some workers redundant this year, frightening.

Anyway You will be Ok now Obama has taken over :-)

With Kindest Regards

David

No virus found in this incoming message.
Checked by AVG.
Version: 7.5.552 / Virus Database: 270.10.13/1916 - Release Date: 1/26/2009 7:08 AM

# THE ELVIS JEWELRY COLLECTION

3875-A Telegraph Rd, #409, Ventura, CA 93003
Tel: (805) 642-8111    Email: sales@audiofidelity.net

Bill to: _____
Address: _____
_____
City/State/Zip: _____
Tel/Fax: _____

VISA/MC No.: _____
Expiration Date: _____
Signature: _____

| | | FASHION JEWELRY | | |
|---|---|---|---|---|
| Qty | Cat. No. | Item | DLR Cost | SRP |
| | ELV001N | Gold Pave' Heart Necklace with attached chain | 30.00 | 60.00 |
| | ELV002R | Amethyst Royal Ring | 25.00 | 50.00 |
| 2 | ELV005EA | Sapphire Drop Earrings (posts) | 20.00 | 40.00 |
| | ELV005EB | Montana Blue Drop Earrings (posts) | 20.00 | 40.00 |
| | ELV006RA | Light Rose Multi-Crystal Ring | 30.00 | 60.00 |
| | ELV006RB | Light Olivine Multi-Crystal Ring | 30.00 | 60.00 |
| | ELV007B | Fire & Ice Bangle Bracelet w/clasp | 30.00 | 60.00 |
| | ELV008RA | Black Enamel Crystal Swirl Ring | 25.00 | 50.00 |
| | ELV008RB | Blue Enamel Crystal Swirl Ring | 25.00 | 50.00 |
| | ELV008RC | Green Enamel Crystal Swirl Ring | 25.00 | 50.00 |
| 6 | ELV012R | Gold Nugget Jet Cabochon Ring - Men's | 25.00 | 50.00 |
| 2 | ELV013NS | Gold Garnet Cross Necklace (small) | | |
| 2 | ELV013NL | Gold Garnet Cross Necklace (large) | 25.00 | 50.00 |
| | ELV014P | The Elvis Multi-Crystals Two-Tone Flag Pin | 25.00 | 50.00 |
| | ELV015B | Lightening Bolt Bracelet | 30.00 | 60.00 |
| 3 | ELV017R | Ginger Alden Engagement Ring | 25.00 | 50.00 |
| | ELV018NWG | Gold TLC Necklace - Woman's | 20.00 | 40.00 |
| 2 | ELV018NWS | Silver TLC Necklace - Woman's | 15.00 | 30.00 |
| 6 | ELV018NMG | Gold TLC Necklace - Men's | 20.00 | 40.00 |
| 6 | ELV018NMS | Silver TLC Necklace - Men's | 15.00 | 30.00 |
| 9 | ELV018EG | Gold TLC Earrings (lever) | 15.00 | 30.00 |
| 6 | ELV018ES | Silver TLC Earrings, (lever) | 15.00 | 30.00 |
| 6 | ELV018AS | Silver TLC Anklet | | |
| 6 | ELV018AG | Gold TLC Anklet | | |
| 6 | ELV018SB | Silver TLC Bracelet | | |
| 6 | ELV018GB | Gold TLC Bracelet | | |
| 6 | ELV019NW | Gold TCB Necklace - Woman's | 20.00 | 40.00 |
| 6 | ELV019MNS | Silver TCB Necklace - Men's | | |
| 12 | ELV019NM | Gold TCB Necklace - Men's | 20.00 | 40.00 |
| 12 | ELV019EG | Gold TCB Earrings - (lever) | 15.00 | 30.00 |
| 6 | ELV019ES | Silver TCB Earrings | | |
| | ELV019SR | Small TCB Ring | | |

EXHIBIT
18

| | | | | |
|---|---|---|---|---|
| 6 | ELV019MR | Medium TCB Ring | | |
| | ELV019ES | Gold TCB Set (Necklace & Earrings) | | |
| 6 | ELV019SA | Silver TCB Anklet | | |
| 6 | ELV019BA | Gold TCB Anklet | | |
| 6 | ELV019SB | Silver TCB Bracelet | | |
| 6 | ELV019GB | Gold TCB Bracelet | | |
| | ELV020N | Amethyst & Crystal Necklace | 35.00 | 70.00 |
| | ELV020E | Amethyst & Crystal Earrings (posts) | 20.00 | 40.00 |
| | ELV020R | Amethyst & Crystal Ring | 30.00 | 60.00 |
| | ELV020B | Amethyst Bracelet (bangle) | | |
| | ELV020S | Amethyst Set (Necklace & Earrings) | | |
| | | | | |
| | | | | |
| | ELV021N | Peridot & Crystal Necklace | 35.00 | 70.00 |
| | ELV021E | Peridot & Crystal Earrings (posts) | 20.00 | 40.00 |
| | ELV021R | Peridot & Crystal Ring | 30.00 | 60.00 |
| | ELV021B | Peridot & Crystal Bracelet (bangle) | | |
| | ELV021S | Peridot Set (Necklace & Earrings) | | |
| | | | | |
| 2 | ELV022N | Gold Horseshoe Necklace | 15.00 | 30.00 |
| 8 | ELV022R | Gold Horseshoe Ring | 15.00 | 30.00 |
| | ELV022B | Gold Horseshoe Bracelet (bangle) | 25.00 | 50.00 |
| | ELV022S | Gold Horseshoe Set (Necklace,Ring,Bracelet) | | |
| | | | | |
| | ELV023R | Snake Ring | 25.00 | 50.00 |
| | | | | |
| | ELV024N | Ma Love Ma Life Necklace | 20.00 | 40.00 |
| | ELV024B | Ma Love Ma Life Bracelet (bangle) | 35.00 | 70.00 |
| | ELV024S | Ma Love Ma Life Set (Necklace & Bracelet) | | |
| | | | | |
| | ELV026RG | Fancy Openwork Crystal Gold Ring | 25.00 | 50.00 |
| | ELV026RS | Fancy Openwork Crystal Silver Ring | 25.00 | 50.00 |
| | ELV027E | Sparkling Chandelier Crystal Drop Earrings (hook) | 30.00 | 60.00 |
| | | | | |
| | ELV027S | Sparkling Crystal Set (Fancy Openwk Gold Ring,Chand. Earrings) | | |
| | | | | |
| | ELV030S | Openwork Gold Cross with stones | | |
| | ELV030NS | Openwork Gold Cross (no stones) | 20.00 | 40.00 |
| | ELV031N | Polished Gold Nugget Cross Necklace/Pendant w/chain | 20.00 | 40.00 |
| | ELV033N | Openwork Gold & Crystal Necklace/Pendant w/chain | 20.00 | 40.00 |
| 3 | ELV035N | Large Openwork Gold Cross Crystal  Necklace (3")/Pendant w/chain | 30.00 | 60.00 |
| 2 | ELV036N | Pave' Crystal Puff Heart Necklace/Pendant w/chain | 60.00 | 120.00 |
| 3 | ELV039 | Gold Heart Ring | | |
| | | All crystals used are Swarovski Austrian Crystals.  All gold | | |
| | | items are 18K gold plated.  All silver items are either Rhodium | | |
| | | plated, imt. Rhodium plate or silver plate. | | |

Page 1 of 1

**Marshall Blonstein**

**From:**    Lowell Hays [elvisjeweler@yahoo.com]
**Sent:**    Wednesday, February 18, 2009 10:52 AM
**To:**      MARSHALL BLONSTEIN; LOWELL G HAYS JR
**Subject:** TCB

MARSHALL

THE ATTACHMENT IS OUR NEW DISTRIBUTION AGREEMENT. PLEASE REVIEW AND
CALL ME.

THANK YOU VERY MUCH,LOWELL HAYS, T C B

No virus found in this incoming message.
Checked by AVG.
Version: 7.5.552 / Virus Database: 270.10.25/1958 - Release Date: 2/18/2009 8:57 AM

EXHIBIT
19

**Marshall Blonstein**

**From:** Lowell Hays [elvisjeweler@yahoo.com]
**Sent:** Wednesday, February 25, 2009 3:46 PM
**To:** MARSHALL BLONSTEIN

MARSHALL

MR BUTLER IS HERE IN MEMPHIS. HE HAS SEVERAL APPOINTMENTS WHERE I BELIEVE HE WILL DO BUSINESS.

NOW I HAVE GIVEN YOU THE OPPORTUNITY TO STAY INVOLVED WITH MY BUSINESS, AND YOU HAVE CHOSEN NOT TO RESPOND. EXCITING THINGS ARE ABOUT TO HAPPEN, WITH OR WITHOUT YOU. I SINCERELY HOPE IT IS WITH YOU, BUT I AM OK IF YOU WANT OUT.

I WILL ASSUME THAT IF I HAVEN'T HEARD FROM YOU BY 6:00 P M TOMORROW THAT YOU HAVE QUIT, HOWEVER IF YOU WANT TO STAY WITH ME, YOU NEED TO RESPOND.

THANK YOU VERY MUCH,LOWELL HAYS, T C B

No virus found in this incoming message.
Checked by AVG.
Version: 7.5.557 / Virus Database: 270.11.3/1971 - Release Date: 2/25/2009 6:40 AM

**EXHIBIT 20**

**Marshall Blonstein**

**From:**  Lowell Hays [elvisjeweler@yahoo.com]
**Sent:**  Monday, March 02, 2009 1:46 PM
**To:**  mb@audiofidelity.net
**Subject:**  Re: New Understanding

MARSHALL

I AM ATTACHING A DA FOR MORADA. I AM FIRM ON THIS.  I AM PERFECTLY WILLING
TO KEEP THE ORIGINAL AGREEMENT, AS I WILL MAKE ALL THE MONEY WITH THE
DIRECT SALES THROUGH PRANDA. TAKE YOUR CHOICE

THANK YOU VERY MUCH,LOWELL HAYS, T C B

--- On **Sun, 3/1/09, Marshall Blonstein *<mb@audiofidelity.net>* wrote:

> From: Marshall Blonstein <mb@audiofidelity.net>
> Subject: New Understanding
> To: "'Lowell Hays'" <elvisjeweler@yahoo.com>
> Date: Sunday, March 1, 2009, 8:38 PM
>
> Lowell:   Let's see if we can find common ground to move forward.
>
> Let's take our initial distribution agreement, the agreement we came to at the house, and your
> last agreement that you sent to me a couple of weeks ago.  We'll take the parts that work and
> take the parts out that don't work.
>
> 1.   We can make this a non-exclusive agreement but we must keep in #19, from the original
> agreement, which states "Hays agrees that during the period of time that this DA is in effect,
> Hays will not enter into another distribution agreement which competes with the rights granted
> to Morada under this DA".  This will give you your non-exclusivity and this gives Morada
> protection from anyone selling into accounts we have already designated as a Morada account,
> such as Pranda.
>
> 2.   Territory should be the world.  Why would you want to limit potential sales.  We have
> already solicited the UK, Germany, Japan, etc. through Pranda.
>
> 3.   Sales through Pranda will be split on a 75%/25% basis, with LGH paying EPEI 12% from
> it's share.
>
> 4.   LGH and Morada will share LGH expenses 75%/25%.   This will only be for travel
> approved on behalf of the DA.
>
> 5.   The DA is for distribution of fashion jewelry only with the exception of Stuller, which
> Morada has already been in contact with and has established a relationship with.
>
> 6.   Morada will submit all advertising, sales materials, presentations, etc. to LGH prior to it's
> use in the market.

**EXHIBIT
21**

# NON-EXCLUSIVE DISTRIBUTION AGREEMENT
## Page 1

This Agreement entered into this 6th day of March, 2009, by and between Lowell Hays (hereinafter "Hays") and Morada Music, LLC (hereinafter "Morada").

**WHEREAS,** Hays, from the late 1960s, was the personal jeweler to Elvis Presley ("EP"). Hays designed many pieces of jewelry for EP, his associates and others; and,

**WHEREAS,** Hays owns the rights to his historical relationship with EP and is the owner of the "original molds" from which Hays made all of the jewelry that EP Purchased or obtained from Hays; and,

**WHEREAS,** Hays is a licensee of Elvis Presley Enterprises, Inc. ('EPEI"), which agreement is from time to time renewed at the pleasure of EPEI; and,

**WHEREAS,** Morada is an entertainment and marketing company located in Ventura, CA; and,

**WHEREAS,** Morada has marketing expertise and distribution skills well-know throughout the entertainment industry; and,

**WHEREAS,** Hays and Morada wish to enter into a non-exlcusive agreement to distribute Hays' costume jewelry only, and not solid gold or silver jewelry.

**NOW THEREFORE,** in consideration of the mutual covenants and undertakings hereunder, Hays and Morada hereby agree as follows:

1. Hays will design, order and have manufactured, costume jewelry in conformance with the historical designs of the EP jewelry in conformance with the EPEI license agreement.

2. Morada's orders will be shipped in bulk form. Morada will be responsible for packaging, and advertising the merchandise.

3. Hays must approve the packaging and advertising and provide the required hologram from EPEI which must be affixed to each piece of merchandise.

4. Morada will pay Hays 75% of the wholesale price set by Hays within 30 days of receipt of the merchandise.

5. Morada will not sell the goods below or above the wholesale price established by Hays.

**EXHIBIT 22**

Page 2

6. Morada will submit a quarterly report within twenty (20) days after the close of the calendar quarter indicating all sales, to whom the sales were made, and the amount of the sales.

7. If Hays or Morada enter into sales where the merchandise is shipped directly from the manufacturer and where the manufacturer pays a commission, then Morada's part will be 40% of the commission after the .12% royalty on the wholesale price owed to EPEI is deducted.- Example-Wholesale price $16.58--12% royalty $1.99 Comission $5.53 less $1.99=$3.54—Morada's part $1.41.Hays part $2.13.

8. If Hays is required to travel to promote sales as outlined in paragraph (8), then Morada will pay 40% of Hays travel expenses.

9. This agreement does not grant to Morada any right to the images, name, phrases, references, work product, designs, or any other intangible rights which Hays may have acquired by and through his relationship with EP.

10. The territory of this DA is the world.

11. The term of this DA will run concurrent with Hays license with EPEI.

12. Morada must abide by all the terms and conditions of Hays license with EPEI, of which Morada has a copy.

13 Morada must submit for approval the names of any potential Customers for Hays merchandise.

14 Hays agrees that during the period of time that this DA is in effect Hays will not enter into another distribution agreement which competes with the rights granted to Morada under this DA.

15. Should Morada, violate any of the terms and conditions in this agreement, or default in the payment of any amounts due, and should Morada not cure within ten (10) days upon written notice, then at the option of Hays, Hays may Terminate this agreement upon giving written notice to Morada by Federal Express or any

other Commercial express carrier.   Good faith and fair dealing is imposed on all parties to this agreement, to work jointly for its success.

HAYS shall have the right upon reasonable notice to audit Morada's books and records with regard to matters undertaken under this agreement.

Page 3

16. The prior Distribution Agreement between Hays and Morada dated January 4, 2008, is hereby terminated.

**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement the day and date first above written.

Lowell G. Hays

MORADA MUSIC, LLC

By

Marshall Blonstein, President

Page 1 of 1

**Marshall Blonstein**

**From:**    Lowell Hays [elvisjeweler@yahoo.com]
**Sent:**    Tuesday, March 03, 2009 8:26 AM
**To:**      MARSHALL BLONSTEIN
**Subject:** TCB

MUSIC TODAY HAS ORDERED 24 PIECES NO. ELV030-- THIS IS THE NUGET CROSS WITH
NO STONES @$20.00 EACH

ELVIS BIRTHPLACE HAS ORDERED THE FOLLOWING

ELVO10   TCB RING   2 PIECES @ $41.00 EACH
ELVO14   FLAG PIN   3 PIECES @ $25.00 EACH
ELVO18B-   TCB SILVER PLATE BRACELET  3 PIECES @ $10.00 EACH
ELVO18ES-  TCB EARRINGS  SILVER 3 PIECES @ $15.00 EACH
ELV018EG  TCB ESRRINGS  GOLD   3 PIECES @ $15.00 EACH
ELV 030   NUGET CROSS NECKLACE  3 PIECES @ $20.00 EACH
ELVO39   HEART RING   2 PIECES @ $26.00 EACH

ALSO, THE ORIGINAL SIZE GARNET CROSS  WE DON'T HAVE THIS ONE YET.  RICH IS
PLANNING TO USE REAL GARNETS TO MAKE IT AS CRYSTALS DON'T COME THAT
SMALL I QUOTED $20.00 WHICH MAY BE WRONG.

I AM FAXING THE ORDER ALSO.  YOU DO  WANT ME TO PLACE THIS ORDER FOR YOU.
RIGHT?

THANK YOU VERY MUCH,LOWELL HAYS, T C B

No virus found in this incoming message.
Checked by AVG.
Version: 7.5.557 / Virus Database: 270.11.6/1981 - Release Date: 3/3/2009 7:25 AM

**EXHIBIT 23**

Message                                                                                Page 1 of 2

**Marshall Blonstein**

**From:**    Heather-Audio Fidelity [heather@audiofidelity.net]
**Sent:**    Tuesday, March 17, 2009 11:12 AM
**To:**      'Jim Butler'
**Cc:**      'Lowell Hays'
**Subject:** RE: Jewelry Order

Hi Jim,

We're putting a master list together, and I have a few questions on your below order (in red).   Can you
please clarify?

| ELV019  | TCB Bracelet    | gold or silver?          | 6 | $ 10 |
| ELV018  | TLC Bracelet    | gold or silver?          | 2 | $ 10 |
|         | TCB Anklet      | gold or silver?      | 2 | $ 10 |
| NUD 010 | Small TCB Ring  | gold or silver?          | 6 | $ 23 |
| NEE 919 | Medium TCB Ring | gold or silver?          | 6 | $ 25 |
| ELV030  | Gold Cross      | with or without stones?  | 3 | $ 37 |

Thanks so much.  I really appreciate your help.

Heather :)

-----Original Message-----
**From:** Jim Butler [mailto:jbutler826@sbcglobal.net]
**Sent:** Thursday, March 12, 2009 2:42 PM
**To:** mb@audiofidelity.net
**Subject:** Jewelry Order

Please see attached order for the Lowell Hays jewelry.
She really needs in 4 weeks but I told her it would be at least 6.
Elvis Museum and Gift Shop
2638 Parkway
Pigeon Forge, TN 37863

Terms are Net 30

| Item     | Description                | Quantity | Price |
|----------|----------------------------|----------|-------|
| ELV019NM | TCB Necklace Gold / Men's  | 6        | $ 20  |
| ELV019NW | TCB Necklace Gold/ Women's | 6        | $ 20  |
| ELV018NWS| TLC Necklace Silver/ Women's| 2       | $ 15  |
| ELV018EG | TLC Earrings Gold          | 3        | $ 15  |
| ELV019EG | TCB Earrings Gold          | 6        | $ 15  |
| ELV019   | TCB Braclet                | 6        | $ 10  |
| ELV018   | TLC Braclet                | 2        | $ 10  |
|          | TCB Anklet                 | 2        | $ 10  |
| NUD 010  | Small TCB Ring             | 6        | $ 23  |

EXHIBIT
24

Message                                                                    Page 2 of 2

| NEE 919 | Medium TCB Ring | 6 | $ 25 |
|---------|-----------------|---|------|
|  | Horseshoe Necklace | 2 | $ 15 |
|  | HorseShoe Ring | 2 | $ 15 |
| ELV035 | Gold Cross | 3 | $ 20 |
| ELV030 | Gold Cross | 3 | $ 37 |
| ELV012R | Gold Nugget Ring with Stone | 2 | $ 25 |

Ship as quickly as possible. She will buy a lot more when she sees how well this is going to sell.
The buyer is Gracie.
Let me know if I need to speak to her. She expects the rings to ship boxed and the other pieces to ship in the velvet pouches.

Jim
**James Butler**
1346 Flintlock Drive
Greenwood, IN 46143
317-882-8269 Office
317-523-1979 Direct
jbutler826@sbcglobal.net


No virus found in this incoming message.
Checked by AVG.
Version: 7.5.557 / Virus Database: 270.11.10/1996 - Release Date: 3/11/2009 8:42 PM


No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.557 / Virus Database: 270.11.16/2005 - Release Date: 3/16/2009 7:01 PM

Page 1 of 1

**Marshall Blonstein**

**From:** Jim Butler [jbutler826@sbcglobal.net]
**Sent:** Thursday, March 12, 2009 2:42 PM
**To:** mb@audiofidelity.net
**Subject:** Jewelry Order

Please see attached order for the Lowell Hays jewelry.
She really needs in 4 weeks but I told her it would be at least 6.
Elvis Museum and Gift Shop
2638 Parkway
Pigeon Forge, TN 37863

Terms are Net 30

| Item | Description | Quantity | Price |
|------|-------------|----------|-------|
| ELV019NM | TCB Necklace Gold / Men's | 6 | $ 20 |
| ELV019NW | TCB Necklace Gold/ Women's | 6 | $ 20 |
| ELV018NWS | TLC Necklace Silver/ Women's | 2 | $ 15 |
| ELV018EG | TLC Earrings Gold | 3 | $ 15 |
| ELV019EG | TCB Earrings Gold | 6 | $ 15 |
| ELV019 | TCB Braclet | 6 | $ 10 |
| ELV018 | TLC Braclet | 2 | $ 10 |
| | TCB Anklet | 2 | $ 10 |
| NUD 010 | Small TCB Ring | 6 | $ 23 |
| NEE 919 | Medium TCB Ring | 6 | $ 25 |
| | Horseshoe Necklace | 2 | $ 15 |
| | HorseShoe Ring | 2 | $ 15 |
| ELV035 | Gold Cross | 3 | $ 20 |
| ELV030 | Gold Cross | 3 | $ 37 |
| ELV012R | Gold Nugget Ring with Stone | 2 | $ 25 |

Ship as quickly as possible. She will buy a lot more when she sees how well this is going to sell.
The buyer is Gracie.
Let me know if I need to speak to her. She expects the rings to ship boxed and the other pieces to ship in the velvet pouches.

Jim
**James Butler**
1346 Flintlock Drive
Greenwood, IN 46143
317-882-8269 Office
317-523-1979 Direct
jbutler826@sbcglobal.net

No virus found in this incoming message.
Checked by AVG.
Version: 7.5.557 / Virus Database: 270.11.10/1996 - Release Date: 3/11/2009 8:42 PM

EXHIBIT
25

Page 1 of 2

**Marshall Blonstein**

**From:**     Lowell Hays [elvisjeweler@yahoo.com]
**Sent:**     Tuesday, March 24, 2009 2:43 PM
**To:**       mb@audiofidelity.net
**Subject:** RE: TCB

I AM GLAD YOU APPROVE.  I THINK I WILL TRY IT.

THANK YOU VERY MUCH,LOWELL HAYS, T C B

--- On **Tue, 3/24/09, Marshall Blonstein** *<mb@audiofidelity.net>* wrote:

> From: Marshall Blonstein <mb@audiofidelity.net>
> Subject: RE: TCB
> To: "'Lowell Hays'" <elvisjeweler@yahoo.com>
> Date: Tuesday, March 24, 2009, 11:22 AM
>
> Lowell,
>
> It's a good idea.  I was going to suggest a separate website.  You might want to think about how the fashion pieces and prices might affect your fine jewelry pieces.  If somebody can buy a gold TCB necklace for $40, and it looks almost exactly like the one you sell for $600, how will it affect you?  I like the idea, but it's more of a question of how this will affect your business.
>
> We need a website.  I have people ask me all the time "what's the website?"   So now's a good time.
>
> The 25% is fine.
>
> Marshall
>
>       -----Original Message-----
>       **From:** Lowell Hays [mailto:elvisjeweler@yahoo.com]
>       **Sent:** Tuesday, March 24, 2009 9:05 AM
>       **To:** MARSHALL BLONSTEIN
>       **Subject:** TCB
>
>       MARSHALL
>
>       WHAT WOULD YOU THINK OF ME PUTTING THE COSTUME JEWELRY ON MY WEB SITE. I WOULD PUT IT ON AT RETAIL PRICE. EXAMPLE WHOLESALE 10.00 RETAIL 25.00. I WILL PAY YOU 25% OF THE 25.00. I WILL HAVE TO REPORT THESE SALES SEPERATELY TO EPEI, SO AT THAT TIME , QUARTERLY, I CAN REPORT YOU.
>
>       THANK YOU VERY MUCH,LOWELL HAYS, T C B

**EXHIBIT 26**

Elvis Jewelry

http://www.elvisjeweler.com/costume.php



### 18K Gold Plated TCB Necklace
Stock# ELV019-NG

Made from Elvis' original mold. 18K gold plated. 24" chain. This is an exact copy of Elvis' necklace. SHIPPING DATE AUGUST 10 TH

$50.00

› Buy it Now!



### Silver Plated TCB Necklace
Stock# ELV-019-NS

This beautiful necklace is sterling silver plated and is made from Elvis' original mold. 24" chain. SHIPPING DATE AUGUST 10 TH

$37.50

› Buy it Now!



### Gold Plated TCB Necklace
Stock# ELV019-NCZG

A striking piece of Elvis' collection, this piece is made with CZ stones and is gold plated. 24" chain.

$65.00

› Buy it Now!



### 18k Gold Plated TLC Necklace
Stock# ELV018-NG

18k gold plated TLC necklace made from Elvis' original mold.

$50.00

› Buy it Now!

EXHIBIT
27

9/15/2009 3:40 PM

Elvis Jewelry

http://www.elvisjeweler.com/costume.php



**Silver Plated TLC Necklace**
Stock# ELV018NS

Silver plated TLC necklace made from Elvis' original mold.

$37.50

> Buy it Now!



**Gold Plated TLC Necklace with CZ Stones**
Stock# ELV018-NCZG

Gold plated TLC necklace set with CZ stones

$65.00

> Buy it Now!



**18k Yellow Gold Plated TLC Earrings**
Stock# ELV018EG

18K Yellow Gold Plated Earrings

$37.50

> Buy it Now!



**18k Gold Plated TCB Bracelet**
Stock# ELV019BG

The gold plated TCB pendant is reduced in size to the size I made for Lisa Marie when she was a little girl.

$25.00

> Buy it Now!



**Silver Plated TCB Bracelet**
Stock# ELV019-BS

This TCB bracelet is silver plated. the TCB is the same size I made for Lisa Marie when she was a child.

$25.00

> Buy it Now!

9/15/2009 3:40 PM

Elvis Jewelry

http://www.elvisjeweler.com/costume.php



### 18k Gold Plated TCB Anklet
**Stock# ELV019AG**

This gold plated TCB pendant is reduced in size to the size I made for Lisa Marie when she was a little girl.

$25.00

> **Buy it Now!**



### Silver Plated TCB Anklet
**Stock# ELV019-AS**

This TCB anklet is silver plated, and is the size of the one I made Lisa Marie when she was a little girl.

$25.00

> **Buy it Now!**



### 18k Gold Plated TCB Earrings
**Stock# ELV019-EG**

The 18k gold plated TCB pendant is reduced in size to the same size I made for Lisa Marie when she was a little girl.

$37.50

> **Buy it Now!**



### Silver Plated TCB Earrings
**Stock# ELV019ES**

The silver plated TCB pendant is reduced in size to the same size I made for Lisa Marie when she was a little girl.

$37.50

> **Buy it Now!**



### 18k Gold Plated TLC Bracelet
**Stock# ELV018-BG**

This gold plated TLC pendant is reduced to the size I made Lisa Marie when she was a little girl.

$25.00

> **Buy it Now!**

9/15/2009 3:40 PM

Elvis Jewelry



### Silver Plated TLC Bracelet
**Stock# ELV018BS**

This silver plated TLC pendant is reduced in size to the size I made for Lisa Marie when she was a little girl

$25.00





### 18k Gold Plated TLC Anklet
**Stock# ELV018AG**

This gold plated TLC pendant is reduced in size to the same size I made for Lisa Marie when she was a little girl

$25.00





### Silver Plated TLC Anklet
**Stock# EKV018-AS**

This silver plated TLC pendant is reduced in size to the same size I made for Lisa Marie when she was a little girl

$25.00





### Silver Plated TLC Earrings
**Stock# ELV018ES**

The silver plated TLC pendant is reduced in size to the same size I made for Lisa Marie when she was a little girl.

$37.50





### 18K Yellow Gold PlatedTCB Ring
**Stock# ELV010-OG**

This ring 18k yellow gold plated and made with CZ stones. The letters and lightning bolts are silver plated. It is made from the original mold that Elvis' ring was made from. Please specify finger size when ordering. Sizes 8/9/10/11/12

$100.00

> Buy it Now!

Elvis Jewelry



### TCB Ring- medium size
Stock# ELV010-MG

18K yellow gold plated medium size TCB ring, set with CZ stones
Sizes 9/10/11/12

$62.50





### TCB Ring Small Size
Stock# ELV010-SG

TCB Ring reduced to a ladies size, set with CZ stones Sizes 6/7

$57.50

» Buy it Now!



### HorseShoe Bracelet
Stock# ELV022-BG

18K yellow gold plated bracelet set with CZ stones.

$62.50

» Buy it Now!



### Horseshoe Necklace
Stock# ELV022-NG

18K yellow gold necklace set with CZ stones.

$37.50

» Buy it Now!



### Horseshoe Ring
Stock# ELV022-RG

18K yellow gold plated ring set with CZ stones Sizes 6/7/8/9

$37.50

» Buy it Now!

Elvis Jewelry



### Sapphire and Diamond Ring
Stock# ELV038G

18K yellow gold plated ring set with synthetic stones. Sizes 6/7/8

$65.00

> **Buy it Now!**



### 18K Yellow Gold Plated Ring
Stock# ELV008RG

Elvis loved this ring. His numeric number was 8. He saw an 8 in this ring as well as an S. He bought this ring for his aunt Shaffer. His color was blue, so you can see, this ring had it all. Sizes 6/7/8/9

$62.50

> **Buy it Now!**



### 18K Yellow Gold Plated Ring - Black
Stock# EVL008RBL

Elvis loved this ring. His numeric number was 8. He saw an 8 in this ring as well as an S. He bought this ring for his aunt Shaffer. Sizes 6/7/8/9

$62.50

> **Buy it Now!**



### Black Sapphire Ring
Stock# ELV012-G

The black sapphire ring is 18 k gold plated and made with a cz stone on each side. All stones are synthetic. Sizes 7/8/9/10/11/12

$62.50

> **Buy it Now!**



### Heart Ring
Stock# ELV039-G

18K yellow gold Heart ring, set with CZ stones Sizes 6/7/8

$62.50

> **Buy it Now!**

Elvis Jewelry

http://www.elvisjeweler.com/costume.php



### 18K Yellow Gold Plated Snake Ring
Stock# ELV023G

This 18K yellow gold plated ring was one Elvis had a lot of fun with. He finally gave it to Felton Jarvis Sizes 6/7/8/9

$62.50

 › **Buy it Now!**



### Elvis Signature Ring
Stock# ELV042-G

18k yellow gold plated signature ring.

$32.50

› **Buy it Now!**



### Elvis Signature Ring
Stock# ELV042-S

Silver plated Elvis signature ring

$20.00

› **Buy it Now!**



### 18k Yellow Gold Plated Owl Ring
Stock# ELV044-G

18K yellow gold plated with white plated eye brows, set with cz stones, and tiger eye eyes

$53.00

› **Buy it Now!**



### Garnet Cross
Stock# ELV013-LG

18k yellow gold plated with synthetic stones. This is the large version.

$62.50

› **Buy it Now!**

9/15/2009 3:40 PM

Elvis Jewelry

http://www.elvisjeweler.com/costume.php



**Nugget Cross**
Stock# ELV030-G

18K yellow gold plated nugget cross

$30.00

> Buy it Now!

**Nugget cross with CZ stones**
Stock# ELV030-CZG

18K yellow gold plated cross, set with CZ stones

$50.00

> Buy it Now!

**Large nugget cross / CZ stones**
Stock# ELV035-CZG

18K yellow gold plated nugget cross set with CZ stones

$75.00

> Buy it Now!

**Heart Necklace**
Stock# ELV001-G

18K yellow gold Pave' set Heart

$75.00

> Buy it Now!

**Elvis ID Bracelet**
Stock# ELV041-CZG

Elvis' nugget finish ID bracelet with Elvis' signature raised on the I D plate and set with CZ stones. 18k yellow gold plated with silver plated name.

$106.00

> Buy it Now!

9/15/2009 3:40 PM

Elvis Jewelry



### My love My life bracelet
Stock# ELV024-BS

Silver plated bangle bracelet

$87.50

> **Buy it Now!**



### My Love My Life Necklace
Stock# ELV024NS

Silver plated necklace. Custom made for Elvis as a waste chain for Linda Thompson

$50.00

> **Buy it Now!**



### 18k Gold Plated Lion Pendant
Stock# ELV016G

18k yellow gold plated lion pendant set with synthetic emerald eyes and ruby mouth pin/pendant

$77.50

> **Buy it Now!**



### 18k Gold Plated Lion Pendant
Stock# ELV016-CZG

18K yellow gold lion pin / pendant, set with CZ stones in the face, and around the mane / emerald eyes, and ruby mouth

$77.50

> **Buy it Now!**



### Lion chain
Stock# ELV025-G

18K yellow gold plated chain for Lion Pendant / 24 inches long

$80.00

> **Buy it Now!**

Elvis Jewelry                                                   http://www.elvisjeweler.com/costume.php



### American Flag Pin
**Stock# ELV014G**

The flag pin was created in remembrance of all those who served. Gold plated with synthetic stones. There are many pictures of Elvis wearing his pin, which is made from his original mold.

$62.50

**→ Buy it Now!**



### 18k Gold Plated Ginger Alden Engagement Ring
**Stock# ELV017-G**

This beautiful ring is gold plated and made with CZ stones. Please specify finger size when ordering This is an exact copy of the engagement ring Elvis gave Ginger, and is made from his original mold.

$75.00

**→ Buy it Now!**



### Lightning Bolt Bracelet
**Stock# ELV015-BS**

Silver plated bracelet, made from the molds for the lightning bolts on Elvis' big TCB ring

$99.00

**→ Buy it Now!**



### Puffed Heart Necklace
**Stock# ELV036-S**

Silver plated puffed heart necklace, set with CZ stones

$150.00

**→ Buy it Now!**



### Garnet Cross
**Stock# ELV013-OG**

This is the garnet cross Elvis gave the sick child in Mississippi.

$50.00

**→ Buy it Now!**



**Bracelet**
Stock# ELV004

18K yellow gold plated bracelet

$110.00

**Buy it Now!**

**Nugget Pendant**
Stock# ELV033-G

18K yellow gold plated nugget pendant

$50.00

**Buy it Now!**

**Nugget Cross**
Stock# ELV031G

18K yellow gold plated nugget cross

$50.00

**Buy it Now!**

**Aloha Horseshoe ring**
Stock# ELV045RG

Elvis wore this ring in the Aloha from Hawaii show. It is 18k yellow gold plated with CZ stones. Sizes 10/11/12

$125.00

**Buy it Now!**

HOME | ELVIS JEWELRY | AUTHENTICITY GUARANTEED | ELVIS STORIES | CONTACT US

© 2006, Lowell Hays - Jeweler to the King
Site managed by Subrosa Media

**Invoice**

Lowell Hays, Jewelers

1779 Kirby Parkway
Suite 1-55
Memphis, TN 38138-0631

| Date | Invoice # |
|------|-----------|
| 6/12/2009 | 21 |

| Bill To |
|---------|
| Morada Music |
| 79 E Daily Dr. |
| #507 |
| Camarillo, CA 93010 |

| Ship To |
|---------|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Net 30 | | 6/12/2009 | | | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|------------|--------|
| 1 | Fashion | 013OG | | 7.80 | 7.80T |
| 1 | Fashion | 042 | | 5.20 | 5.20T |
| 1 | Fashion | 039 | | 9.30 | 9.30T |
| 1 | Fashion | 038 | | 8.40 | 8.40T |
| 1 | Fashion | 048 | | 10.10 | 10.10T |
| 1 | Fashion | 047 | | 10.25 | 10.25T |
| 1 | Fashion | 015 | | 12.00 | 12.00T |
| 1 | Fashion | 016 | | 12.15 | 12.15T |
| 1 | Fashion | 042 | | 3.05 | 3.05T |
| 1 | Fashion | 010 | | 9.55 | 9.55T |
| 1 | Fashion | 011 | | 0.00 | 0.00T |
| 1 | Fashion | 046 | | 10.20 | 10.20T |
| 1 | Fashion | 011 | | 0.00 | 0.00T |
| 1 | Fashion | 049 | | 5.60 | 5.60T |
| 1 | Fashion | 010L | | 16.35 | 16.35T |
| 1 | Fashion | 022E | | 0.00 | 0.00T |
| 1 | Fashion | 044 | | 5.60 | 5.60T |
| 1 | Fashion | 023 | | 0.00 | 0.00T |
| | | Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

**EXHIBIT 28**

| Total | $125.55 |
|-------|---------|

**Marshall Blonstein**

**From:** Lowell Hays [elvisjeweler@yahoo.com]
**Sent:** Monday, July 06, 2009 6:12 PM
**To:** mb@audiofidelity.net
**Subject:** Re: Paradies and Graceland

I lost the order to Paradees shop as it took 10 weeks to get the mdse.

I am handling Graceland my self, in fact I am handling all my accounts my self.

You need to get out and sell something. I am very disappointed that your marketing skills have produced absolutely nothing.

THANK YOU VERY MUCH

LOWELL HAYS

--- On **Mon, 7/6/09, Marshall Blonstein *<mb@audiofidelity.net>*** wrote:

From: Marshall Blonstein <mb@audiofidelity.net>
Subject: Paradies and Graceland
To: elvisjeweler@yahoo.com
Date: Monday, July 6, 2009, 5:15 PM

Hey Lowell:

I have a PO here, # 1001, dated 3/14/2009 from Jim Butler. Did we ever fill this order. If so, I need to bill Paradies. It's in care of Robin Shipp. I only have the 1st page of this order. It lists 27 items. Jim may have given you something more complete.

Jim gave them 60 day terms.

The second question is for Graceland, I have an invoice dated 4/10/2009 with a delivery date of 6/4/2009. Was this order ever shipped? Let me know so I can bill them as well.

Also let me know what the terms are.

I know you said you were working on getting the order the way they wanted it so let me know if I can help and when we can bill them.

Thanks, Marshall

Checked by AVG - www.avg.com
Version: 8.5.375 / Virus Database: 270.13.5/2220 - Release Date: 07/05/09 17:54:00

EXHIBIT
29

Message                                                                    Page 1 of 1

**Marshall Blonstein**

**From:**    Marshall Blonstein [mb@audiofidelity.net]
**Sent:**    Tuesday, August 18, 2009 10:16 AM
**To:**      'Lowell Hays, Jewelers'
**Cc:**      Allen Hyman (lawoffah@aol.com)
**Subject:** RE: Invoice from Lowell Hays, Jewelers

Lowell,

Deduct the $125 from the money that's owed to Morada from sales at Graceland, Memphis Airport,
Tupelo Museum, Pigeon Forge, MGM Grand, Bid-Up and the Danbury Mint (UK & US).  Apply the
invoice against sales from those entities.

Marshall

> -----Original Message-----
> **From:** Lowell Hays, Jewelers [mailto:elvisjeweler@yahoo.com]
> **Sent:** Tuesday, August 18, 2009 5:13 AM
> **To:** mb@audiofidelity.net
> **Subject:** Invoice from Lowell Hays, Jewelers
>
> Dear Customer :
>
> Your invoice is attached. Please remit payment at your earliest convenience.
>
> Thank you for your business - we appreciate it very much.
>
> Sincerely,
>
> Lowell Hays, Jewelers
> 901-259-2225
>
>
> **To view your invoice**
> Open the attached PDF file. You must have Acrobat® Reader® installed to view the attachme
>
> No virus found in this incoming message.
> Checked by AVG - www.avg.com
> Version: 8.5.392 / Virus Database: 270.13.58/2309 - Release Date: 08/17/09 18:04:00

**EXHIBIT 30**



# THE HEWGLEY LAW FIRM

6305 HUMPHREYS BOULEVARD
SUITE 108
MEMPHIS, TENNESSEE 38120
901.747.0700
FACSIMILE 901.747.9001

MICHAEL E. HEWGLEY
mhewgley@midsouthtitle.cc

September 1, 2009

Marshall Blonstein
Morada Music
79 E.  Daily Drive, # 507
Camarillo, CA.  93010
mb@audiofidelity.net

Dear Mr. Blonstein:

You entered into a Non-Exclusive Distribution Agreement on March 6, 2009. That Agreement provided for you to submit quarterly reports within 20 days of the close of each calendar quarter. You have failed to do this. In addition, you owe Lowell for an invoice sent in June of 2009.

Based on the above, your are in breach of the Agreement. Accordingly, Lowell Hays hereby terminates the Agreement dated March 6, 2009.

Sincerely yours,

Michael E. Hewgley, Attorney At Law

cc:  Lowell Hays

**EXHIBIT
31**



September 8, 2009

Michael E. Hewgley, Esquire
The Hewgley Law Firm
6305 Humphreys Blvd., Suite 108
Memphis, TN 38120

Re:  Lowell Hays

Dear Mr. Hewgley,

In accordance with our March 6, 2009 agreement, enclosed you'll find a check in the amount of $125.55 for invoice #21.

In paragraph 15 there is a 10 day cure period.  As we received your written notice dated September 1st regarding a default, we are within the 10 day period by the payment enclosed.

As to the reporting on sales, as of September 1st there were no sales, other than the sales to Graceland, Paradies, Bid-Up, MGM Grand, the Tupelo Museum and Pigeon Forge.  I don't have access to any of the sales figures for the above accounts.  There may be other sales I'm not aware of, as Lowell refuses to share any sales figures.

As we have met our obligation, the March 6th 2009 agreement is still in effect.

Regards,

Marshall Blonstein
President

cc:  Allen Hyman, Esquire

EXHIBIT
32

3875-A Telegraph Road, #409, Ventura, California  93003  Tel: (805)642-8111  Fax: (805)642-8222
Email: mb@audiofidelity.net   Website: www.audiofidelity.net

**MORADA MUSIC**
**AUDIO FIDELITY**
(805) 445-6464
79 E. DAILY DRIVE #507
CAMARILLO, CA 93010

4359

JPMORGAN CHASE BANK, N.A.
A WASHINGTON MUTUAL BRANCH

90-7162-3222

9/8/2009

PAY TO THE
ORDER OF    Lowell Hays

$ **125.55

One Hundred Twenty-Five and 55/100************************************************************************************** DOLLARS

Lowell Hays
1779 Kirby Parkway No. 1-55
Memphis, TN 38138-0681

MEMO
cost for samples-Elvis Jewelry

⑈00004359⑈ ⑉322271627⑉ 3933051364⑈

---

Lowell Hays                                                          9/8/2009          4359

                        Cost for samples-Elvis Jewelry                                 125.55

WAMU - Checking        cost for samples-Elvis Jewelry                                  125.55

**Lowell Hays, Jewelers**

1779 Kirby Parkway
Suite 1-55
Memphis, TN 38138-0631

*David # 4359 #125.55*

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/12/2009 | 21 |

**Bill To**

Morada Music
79 E Daily Dr.
#507
Camarillo, CA 93010

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  | Net 30 |  | 6/12/2009 |  |  |  |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|-----------|--------|
| 1 | Fashion | 013OG |  | 7.80 | 7.80 |
| 1 | Fashion | 042 |  | 5.20 | 5.20 |
| 1 | Fashion | 039 |  | 9.30 | 9.30 |
| 1 | Fashion | 038 |  | 8.40 | 8.40 |
| 1 | Fashion | 048 |  | 10.10 | 10.10 |
| 1 | Fashion | 047 |  | 10.25 | 10.25 |
| 1 | Fashion | 015 |  | 12.00 | 12.00 |
| 1 | Fashion | 016 |  | 12.15 | 12.15 |
| 1 | Fashion | 042 |  | 3.05 | 3.05 |
| 1 | Fashion | 010 |  | 9.55 | 9.55 |
| 1 | Fashion | 011 |  | 0.00 | 0.00 |
| 1 | Fashion | 046 |  | 10.20 | 10.20 |
| 1 | Fashion | 011 |  | 0.00 | 0.00 |
| 1 | Fashion | 049 |  | 5.60 | 5.60 |
| 1 | Fashion | 010L |  | 16.35 | 16.35 |
| 1 | Fashion | 022E |  | 0.00 | 0.00 |
| 1 | Fashion | 044 |  | 5.60 | 5.60 |
| 1 | Fashion | 023 |  | 0.00 | 0.00 |
|  |  | Out-of-state sale, exempt from sales tax |  | 0.00% | 0.00 |

| | Total | $125.55 |
|---|-------|---------|

From: Origin ID: OXRA (805) 445-5464
Marshall Blonstein
Audio Fidelity/Acousta Music
79 E. Daily Drive #507

Camarillo, CA 93010

Ship Date: 08SEP09
ActWgt: 1.0 LB
CAD: 1095615/NET9000
Account#: S *******

Delivery Address Bar Code

SHIP TO: (805) 445-5464       BILL BENDER
Michael E. Hewgley, Esquire
The Hewgley Law Firm
6305 HUMPHREYS BLVD STE 108

MEMPHIS, TN 38120

Ref # Lowell Heys
Invoice #
PO #
Dept #

WED - 08SEP          A1
PRIORITY OVERNIGHT

7969 2506 4120

TRK#
0201

38120
TN-US
MEM

XH NQAA

FedEx Express

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge R. Gary Klausner and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

## CV09- 6729 RGK (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=======================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MORADA MUSIC, LLC, a California limited liability
company,

PLAINTIFF(S)

v.

LOWELL HAYS, an individual,

DEFENDANT(S).

CASE NUMBER

**CV09-6729 RGK (Ex)**

**SUMMONS**

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within 20_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached [x] complaint [ ] _____ amended complaint [ ]counterclaim[ ] cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Allen Hyman, Esq._____ , whose address is Law Offices of Allen Hyman, 10737 Riverside Drive, North Hollywood, CA 91602_____ . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   **SEP 1 6 2009**_____

By: _Natalie Hungaria_____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐ ) | DEFENDANTS |
|---|---|
| MORADA MUSIC, LLC | LOWELL HAYS |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Allen Hyman, Esq.<br>Law Offices of Allen Hyman<br>10737 Riverside Drive<br>North Hollywood, California 91602<br>(818) 763-6289 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☒ **MONEY DEMANDED IN COMPLAINT: $** To be proven at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. Section 1332(a)(1), diversity jurisdiction

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☒ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | IMMIGRATION | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | ☐ 465 Other Immigration Actions | | |

**CV09-6729**

FOR OFFICE USE ONLY: Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

| CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2 |
|---|---|---|
| | | CCD-JS44 |

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a).   IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No   [ ] Yes

If yes, list case number(s):

**VIII(b).   RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] No   [ ] Yes

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ]   A. Arise from the same or closely related transactions, happenings, or events; or

[ ]   B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ]   C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]   D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX.  VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ]   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ]   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Tennessee |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County | |

\* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**

Note: In land condemnation cases, use the location of the tract of land involved

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):**   _Allen Hyman, Esq._   Date September 15, 2009

**Notice to Counsel/Parties:**   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |