ALLEN HYMAN, ESQ. (CBN: 73371)
Email: lawoffah@aol.com
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, California 91602
(818) 763-6289 or (323) 877-3405
Fax: (818) 763-4676

Attorneys for Plaintiff,
MORADA MUSIC, LLC

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORADA MUSIC, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>LOWELL HAYS, an individual,<br><br>        Defendants. | Case No. CV09-6729 RGK (Ex)<br><br>(~~PROPOSED~~) **JUDGMENT** |

By Motion of December 1, 2009, plaintiff Morada Music, LLC, ("MORADA") filed an application for a default judgment against defendant Lowell Hays.

By Order of January 27, 2010, the Court "DEFERRED" its ruling on the motion for a default judgment, "pending supplemental application and showing of proof as to the judgment amount."

In the Court's Order of January 27, 2010, the Court indicated that it appeared that MORADA also "...seemed to ask for an unspecified and unsubstantiated amount of expectation damages."

In its response to the Court's January 27, 2010, Order,

C:\Temp\notesE1EF34\PROPJUDGMENT012710.wpd

1  MORADA indicated that its claim for damages was limited to the
2  amount of $117,734.23 as the Court found in its January 27, 2010
3  Order "...in pursuing the joint venture and in honoring the January
4  4, 2008 and March 6, 2009 Distribution Agreements."
5     The Court has found, as indicated in its January 27, 2010
6  Order, that plaintiff MORADA has "Satisfied All Procedural
7  Requirements for Default Judgment."
8     The Court therefore enters JUDGMENT in favor of plaintiff
9  Morada Music, LLC, and against defendant Lowell Hays in the amount
10 of $117,734.23.  Costs shall be determined by application to the
11 Clerk of Court.

DATED: February 18, 2010

*/s/ Gary Klausner*
U.S. District Court Judge

Submitted by:

 /s/ Allen Hyman
Allen Hyman
Attorney for Plaintiff

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State to the within action.  My business address is 10737 Riverside Drive, North Hollywood, California 91602. of California.  I am over the age of 18 and not a party

On February 18, 2010, I served the foregoing document described as **(PROPOSED) JUDGMENT** the parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

[X]   (BY MAIL) to the addressees as indicated on the attached Service List, as follows:  I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at North Hollywood, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]   (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the addressee as indicated on the attached service list.

[X]   (BY FACSIMILE) I sent such document via facsimile to the offices of the addressees as indicated on the attached service list.

[ ]   (BY OVERNIGHT MAIL SERVICE)  I caused such document to be delivered via Overnight Mail to the addressees as indicated on the attached service list.

[**X**]   **(FEDERAL)**   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on February 18, 2010, at North Hollywood, California.

                                              /s/ Christine Coverdale
                                              Christine Coverdale

**SERVICE LIST**

**VIA U.S. MAIL:**

Lowell Hays
1924 Chatsworth Drive
Germantown, TN 38138

Michael E. Hewgley
The Hewgley Law Firm
6305 Humphreys Boulevard
Suite 108
Memphis, Tennessee 38120

**VIA FAX AND U.S. MAIL:**

Thomas H. Vidal, Esq.
Abrams, Garfinkel, Margolis
Bergson, LLP
5900 Wilshire Boulevard
Suite 2250
Los Angeles, California  90036
Fax: (310) 300-2901